


BENJAMIN B. WAGNER
United States Attorney
MEGAN A.S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
MAY 29 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL GALLOWAY,

Defendant.

CASE NO. 1:14 CR 00114 AWI BAM

MOTION AND PROPOSED ORDER TO SEAL INDICTMENT

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on May 29, 2014, charging the above defendant with a violation of 26 U.S.C. § 7201-Attempt to Evade and Defeat A Payment of a Tax (four counts)be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued

pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: May 29, 2014

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By [signature]
MEGAN A.S. RICHARDS
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: May 29, 2014

[signature]
U.S. Magistrate Judge