IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>          v.<br><br>MICHAEL GALLOWAY.<br><br>                  Defendant. | CASE NO.  1:14-CR-00114 AWI-BAM<br><br>ORDER TO UNSEAL INDICTMENT<br><br>(Doc. 4) |

This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed and be made public record.

IT IS SO ORDERED.

   Dated:   **June 5, 2014**                            **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE

1