BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GALLOWAY,<br><br>Defendant. | CASE NO. 1:14-CR-00114 AWI BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 22, 2014<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 22, 2014, at 1 p.m., before the Honorable Barbara A. McAuliffe.

2. By this stipulation, defendant now moves to continue the status conference until October 27, 2014, at 1:00 p.m., before the Honorable Barbara A. McAuliffe, and to exclude time between September 22, 2014, and October 27, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has provided to the defendant discovery associated with this case that includes approximately 9,400 pages of initial discovery produced electronically and several boxes of documents. All of this discovery has been either produced directly to counsel and/or

made available for inspection and copying.

  b) Counsel for defendant desires additional time to review the discovery and current charges, to consult with her client, to conduct investigation, and to otherwise prepare for trial.

  c) Counsel for defendant will be out of town from September 18 through September 29, 2014.

  d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 22, 2014 to October 27, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

 IT IS SO STIPULATED.

Dated:  September 17, 2014      BENJAMIN B. WAGNER
               United States Attorney

               /s/ MEGAN A. S. RICHARDS
               MEGAN A. S. RICHARDS
               Assistant United States Attorney

Dated:  September 17, 2014                    /s/ ANN H. McGLENON
ANN H. McGLENON
Counsel for Defendant
Michael Galloway

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED that the 1st Status Conference is continued from September 22, 2014 to October 27, 2014 at 1:00 PM before Judge McAuliffe.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  __September 17, 2014__               /s/ Barbara A. McAuliffe
                                                                 UNITED STATES MAGISTRATE JUDGE