1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   ANN H. MCGLENON, Bar #100433
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   Michael Galloway

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )     NO. 1:14-cr-00114 AWI-BAM
                                       )
12                  Plaintiff,         )
                                       )
13         v.                          )     WAIVER OF DEFENDANT'S PERSONAL
                                       )     PRESENCE AT PRETRIAL PROCEEDINGS;
14                                     )     ORDER THEREON
                                       )
    MICHAEL GALLOWAY,                  )
15                                     )
                    Defendant.         )
16  _____  )

17         Pursuant to F. R. Crim. P. 43(b)(3), Defendant, Michael Galloway, having been advised

18  of his right to be present at all stages of the proceedings, hereby requests that this Court proceed

19  in his absence on every occasion that the Court may permit, including but not limited to, hearings

20  on questions of law, pursuant to this waiver.  Defendant agrees that his interests shall be

21  represented at all times by the presence of his attorney, the Office of the Federal Defender for the

22  Eastern District of California, the same as if Defendant were personally present, and requests that

23  this court allow his attorney to represent his interests at all times.  Defendant further agrees that

24  notice to defendant's attorney that defendant's presence is required will be deemed notice to the

25  defendant of the requirement of his appearance at said time and place.  This notice permits his

26  absence, and does not require it.

27         The government is agreeable to defense counsel appearing without defendant pursuant to

28  this requested Rule 43 waiver.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).


DATED:   November 3, 2014          /s/ Michael Galloway
                                    MICHAEL GALLOWAY


DATED:   November 3, 2014          /s/  Ann H. McGlenon
                                    ANN H. MCGLENON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Michael Galloway



**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all pretrial proceedings until further order.


IT IS SO ORDERED.

Dated:   **November 5, 2014**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE