HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
ann.mcglenon@fd.org

Attorney for Defendant
MICHAEL GALLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00114 AWI-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |
| vs. | |
| MICHAEL GALLOWAY, | DATE: February 10, 2015* |
| Defendant. | TIME:   1:00 P.M. |
| | JUDGE: Honorable Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Megan A. S. Richards, Counsel for Plaintiff, and Assistant Federal Defender, Ann H. McGlenon, Counsel for Defendant Michael Galloway, that the status conference scheduled for November 10, 2014 at 1:00 p.m., before Honorable Barbara A. McAuliffe **may be continued to February 10, 2015 at 1:00 p.m. *(date correction below)**

The reason for this continuance is to provide counsel time necessary to review voluminous discovery, make decisions regarding motions and strategy, and to accommodate trial schedules. The requested continuance will conserve time and resources for both parties and the court.

//

//

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated:  November 3, 2014      BENJAMIN B. WAGNER
United States Attorney

 /s/ Megan A. S. Richards
MEGAN A. S. RICHARDS
Assistant United States Attorney
Attorney for Plaintiff

Dated:  November 3, 2014

HEATHER E. WILLIAMS
Federal Defender

/s/ Ann H. McGlenon
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
MICHAEL GALLOWAY

## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested from November 10, 2014 to **Monday**, **February 9, 2015\***  for the 2nd Status Conference, is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:   **November 5, 2014**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE