1 | BENJAMIN B. WAGNER
United States Attorney
2 | MEGAN A. S. RICHARDS
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00114 AWI-BAM |
| Plaintiff, | AMENDED STIPULATION TO SET MOTIONS SCHEDULE AND VACATE STATUS CONFERENCE |
| v. | |
| MICHAEL GALLOWAY, | DATE: November 23, 2015 |
| Defendant. | TIME: 1:00 p.m. |
| | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 23, 2015.

2. By this stipulation, defendant now moves to set a motions schedule, including a motions hearing on March 28, 2016, and moves to exclude time between November 23, 2015, and March 28, 2016, under Local Code T4. The parties have agreed to the following motions schedule:

    a) Motion Filed by Defendant – February 29, 2016

    b) Response by United States Due – March 21, 2016

    c) Motions Hearing Before District Court – March 28, 2016 at 10 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case

includes voluminous discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)    Counsel for defendant desires additional time to conduct investigation and research related to the charges and to file a motion regarding the statute of limitations in this case.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 23, 2015 to March 28, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

      g)    In addition, the period of delay resulting from pretrial motions, including the filing of the motion through the conclusion of the hearing is also excludable under 18 USC § 3161(h)(1)(D).

4.    The parties further request that the status conference set for Monday, November 23, 2015 at 1:00 p.m. be vacated.

5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  November 18, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | |
| | /s/ MEGAN A. S. RICHARDS<br>MEGAN A. S. RICHARDS<br>Assistant United States Attorney |
| | |
| Dated:  November 18, 2015 | /s/ ANN MCGLENON<br>ANN MCGLENON<br>Counsel for Defendant<br>MICHAEL GALLOWAY |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED THAT, defendant now moves to set a motions schedule, including a motions hearing on March 28, 2016, and moves to exclude time between November 23, 2015, and March 28, 2016, under Local Code T4 – pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).  The parties have agreed to the following motions schedule:

a) Motion Filed by Defendant – February 29, 2016

b) Response by United States Due – March 21, 2016

c) Motions Hearing Before District Court – **March 28, 2016 at 10 a.m.** before Judge  Ishii in Courtroom Two (2).

IT IS FURTHER ORDERED that the parties further request that the 4th Status Conference set for Monday, November 23, 2015 at 1:00 p.m. before Judge McAuliffe is Vacated.

IT IS SO ORDERED.

Dated**:   November 19, 2015**           /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE