BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL GALLOWAY,<br><br>　　　　　Defendants. | CASE NO. 1:14-00114 DAD-BAM<br><br>UNITED STATES'S RESPONSE TO DEFENDANT'S MOTION FOR DISCOVERY<br><br>DATE: March 28, 2016<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

　　　The United States, by and through its attorneys, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Megan A. S. Richards, Assistant United States Attorney, hereby responds to the defendant's Motion for Discovery.

### I.　　REQUEST FOR QUICKBOOKS BACKUP DISC

　　　The defendant has requested the backup disc for his business's QuickBooks accounts. The United States obtained the backup disk from the defendant's accountant. Data from the QuickBooks backup disc was included in the initial discovery for the defendant; however, the government did not provide the QuickBooks records in their native format. This was an oversight. Following the defendant's request, the United States provided the disc to the defendant on March 16, 2016.

### II.　　REQUEST FOR STATEMENTS OF DEFENDANT

　　　The defendant has also requested any statements made by the defendant that have not been previously produced in discovery. In its initial discovery letter, dated June 11, 2014, the United States

informed the defendant that it was making available several items for inspection and copying, including a revenue agent's files regarding collection attempts with the defendant. This file does not contain recordings of the defendant, but it does contain notes regarding a revenue agent's contacts with the defendant. Following the defendant's discovery motion, the United States made copies of the agent's notes and produced them in discovery. The United States is not aware of any recordings or written statements that have not been produced or made available to the defendant during discovery.

### III. REQUESTS FOR TANGIBLE OBJECTS

The United States will permit, and has permitted, the defendant to inspect and copy or photograph any tangible item relevant to the case that is in the possession, custody, or control of the prosecution team. In its initial discovery letter, the United States listed seven categories of items that are available for defendant's inspection and copying. The United States will continue to make these items and any other discoverable items available to the defendant.

### IV. REQUESTS FOR VIDEOTAPES, AUDIOTAPES, PHOTOS

The United States believes it has produced and/or made available for inspection and copying all discoverable videotapes, audiotapes, and photographs.

### V. HENTHORN AND EXPERT REQUESTS

The United States acknowledges the defendant's requests for a *Henthorn* review and expert disclosures. The United States will comply with its obligations to review personnel files of witnesses whom it intends to call at trial and will timely comply with its expert disclosure obligations. However, at this time, a *Henthorn* review and expert disclosures are not yet necessary as we do not yet have a trial set in this case.

### VI. CONCLUSION

No discovery order is necessary at this time because the government has satisfied defendant's

//
//
//
//
//

1 | requests for discovery.

Dated: March 18, 2016                           BENJAMIN B. WAGNER
                                                United States Attorney

                                        By:   /s/ MEGAN A. S. RICHARDS
                                              MEGAN A. S. RICHARDS
                                              Assistant United States Attorney