PHILLIP A. TALBERT
Acting United States Attorney
MEGAN A.S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-114 |
|---|---|
| Plaintiff, | STIPULATION TO ADVANCE MOTION HEARING; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| MICHAEL GALLOWAY, | DATE: June 26, 2016 |
| Defendant. | TIME: 11:00 a.m. |
| | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a motion hearing on June 27, 2016 at 1:00 PM.

2. By this stipulation, defendant and the United States now move to advance the motion hearing to June 24, 2016 at 11:00 AM.

3. By previous order, time has already been ordered excluded under the Speedy Trial Act through October 25, 2016, which is the date that this matter is set for trial.

IT IS SO STIPULATED.

Dated:  June 6, 2016                             PHILLIP A. TALBERT
                                                 Acting United States Attorney

                                                 /s/ MEGAN A.S. RICHARDS
                                                 MEGAN A.S. RICHARDS
                                                 Assistant United States Attorney

Dated:  June 6, 2016                             /s/ ANN MCGLENON
                                                 ANN MCGLENON
                                                 Counsel for Defendant
                                                 MICHAEL GALLOWAY

## FINDINGS AND ORDER

IT IS SO FOUND and ORDERED THAT the Motion hearing on Monday, June 27, 2016 is *ADVANCED* to Friday, June 24, 2016 at 11:00 AM before Judge McAuliffe in courtroom 8.

Dated:  **June 7, 2016**                         /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE