1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  ANN H. MCGLENON, CA SBN #100433
   ERIN SNIDER, CA SBN #304781
3  Assistant Federal Defenders
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
5  Telephone: (559) 487-5561
   Fax: (559) 487-5950
6
   Attorneys for Defendant
7  MICHAEL GALLOWAY

FILED

JUL 13 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

8
                IN THE UNITED STATES DISTRICT COURT
9
               FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,              )
                                           )   Case No.  1:14-cr-00114-DAD-BAM
            Plaintiff,                     )
13                                         )   STIPULATION TO EXTEND DEADLINE FOR
    vs.                                    )   DEFENDANT'S REPLY TO GOVERNMENT'S
14                                         )   SUPPLEMENTAL BRIEF; [PROPOSED]
    MICHAEL GALLOWAY,                      )   ORDER
15                                         )
            Defendant.                     )
16                                         )
                                           )
17  _____)

18        **IT IS HEREBY STIPULATED** by and between the parties through their respective

19  counsel, Assistant United States Attorney Megan Richards, counsel for the plaintiff, and

20  Assistant Federal Defender Erin Snider, counsel for defendant Michael Galloway, that the

21  deadline for Mr. Galloway's reply to the government's supplemental brief may be extended from

22  July 8, 2016, to July 22, 2016.  This extension is requested because defense counsel Ann

23  McGlenon has been out of the office since July 7, 2016, due to a family emergency.  It is

24  anticipated that she will return on July 18, 2016; however, out of an abundance of caution, the

25  defense respectfully requests the deadline be extended to July 22, 2016.

26  / / /

27  / / /

28  / / /

1             Respectfully submitted,

2             BENJAMIN B. WAGNER
                 United States Attorney

3

4 Date: July 13, 2016          */s/ Megan Richards*
                 MEGAN RICHARDS

5             Assistant United States Attorney
                 Attorneys for Plaintiff

6

7             HEATHER E. WILLIAMS
                 Federal Defender

8

9 Date: July 13, 2016          */s/ Erin Snider*
                 ERIN SNIDER

10             Assistant Federal Defender
                 Attorney for Defendant

11             MICHAEL GALLOWAY

12

13                         **O R D E R**

14      **IT IS SO ORDERED.** For the reasons set forth above, the deadline for Defendant

15 Michael Galloway's reply to the government's supplemental brief is hereby extended from July

16 8, 2016, to July 22, 2016.

17

18 DATED: July 13, 2016

19 Honorable Barbara A. McAuliffe
                 United States Magistrate Judge

SH SNYDER,
U.S. Magistrate
Judge on Recall

Galloway / Stipulation         -2-