1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ANN H. MCGLENON, #100433
   ERIN SNIDER, #304781
3  Assistant Federal Defenders
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5  ann.mcglenon@fd.org

6  Attorneys for Defendant Michael Galloway

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:14-cr-00114 -DAD-BAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO SET |
| vs. | ) DISPOSITIVE MOTION AND MOTIONS *IN LIMINE* BRIEFING SCHEDULE |
| MICHAEL GALLOWAY, | ) DATE:    October 11, 2016 |
|  | ) TIME:    10:00 a.m. |
|  | ) JUDGE:   Honorable Dale A. Drozd |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Megan A. Richards, Counsel for Plaintiff, and Assistant Federal Defender Ann H. McGlenon, Counsel for Defendant Michael Galloway, that the pretrial conference hearing scheduled for October 11, 2016, at 10:00 a.m. before Honorable Dale A. Drozd remain the same and include a hearing on a dispositive motion and any motions *in limine*.  The parties request the dispositive motion briefing schedule be set as follows:

    Motion filed:               September 2, 2016

    Response:                 September 16, 2016

    Reply:                       September 23, 2016

    Motion Hearing:        October 11, 2016, at 10:00 a.m.

///

///

The parties further request that the Court establish a motion briefing schedule for any motions *in limine*. The parties request the motions *in limine* briefing schedule be set as follows:

    Motions filed:    September 20, 2016

    Responses:    October 4, 2016

    Motion Hearing:    October 11, 2016, at 10:00 a.m.

The parties agree that there is no delay resulting from the continuance.

    PHILLIP A. TALBERT
    Acting United States Attorney

Dated:  August 12, 2016    /s/ *Megan Richards*
    MEGAN RICHARDS
    Assistant United States Attorney
    Attorney for Plaintiff

    HEATHER E. WILLIAMS
    Federal Defender

Dated:  August 12, 2016    */s/  Ann H. McGlenon*
    ANN H. MCGLENON
    Assistant Federal Defender
    Attorney for Defendant
    MICHAEL GALLOWAY

# O R D E R

IT IS SO ORDERED.  For the reasons set forth above, the Court adopts the parties' proposed briefing schedule.  The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:  **August 12, 2016**                                              
                                                       UNITED STATES DISTRICT JUDGE