PHILLIP A. TALBERT
Acting United States Attorney
MEGAN A. S. RICHARDS
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GALLOWAY,<br><br>Defendant. | CASE NO. 1:14-CR-00114-DAD<br><br>STIPULATION REGARDING VACATING TRIAL DATE AND RESETTING TRIAL; EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>OLD DATE: October 25, 2016<br>OLD TIME: 8:30 a.m.<br><br>NEW DATE: May 23, 2017<br>NEW TIME: 8:30 a.m.<br><br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on October 25, 2016 at 8:30 a.m.

2. On September 26, 2016, counsel for the defendant informed the government that they would need additional time to review financial records in preparation of trial (including approximately 10,000 pages of discovery bates numbered and transmitted to the defense on September 23, 2016).

3. In addition, counsel for the defendant requires additional time to hire a forensic accountant to review the above-mentioned records.

1

4. Counsel for the United States and counsel for the defense agree that the United States has produced over 25,000 pages of records in this case, most of them financial in nature, and the case involves potentially complicated issues that make hiring a forensic accountant a reasonable step in defense preparation.

5. Counsel for the parties have also recently discovered that certain material previously provided by the government was numbered incorrectly. Both parties need time to remedy these errors and to review and prepare the corrected versions for possible use at trial.

6. The parties agree that this stipulation and proposed order provides a substantial basis for the application of the provisions of the Speedy Trial Act that dictate that additional time sought be excludable from the period within which a trial much commence.

7. Counsel for defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. Counsel for the defendant and the government agree that the continuance will not affect scheduling of the Motion to Suppress hearing set for October 11, 2016 at 10:00 a.m.

9. The parties agree that the trial confirmation hearing and hearing on any motions *in limine* currently set for October 11, 2016 at 10 a.m. be vacated and the trial confirmation hearing and hearing on any motions *in limine* be continued to May 8, 2017 at 10 a.m.

10. Furthermore, the parties stipulate and respectfully request that the dates in the Court's Pretrial Order issued on September 27, 2016 [Document 73] be reset to new dates corresponding to the continued trial date.

11. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between the date of this Order and May 23, 2017, inclusive, should be excluded pursuant to 18 U.S.C. § 3161(7)(B)(i) and (iv).

12. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

13. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,

within which trial must commence, the time period of October 25, 2016 to May 23, 2017 at 8:30, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(i) and (iv) because, based on the above-stated grounds, the ends of justice served by continuing the case as requested outweigh the best interest of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

14. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 27, 2016          PHILLIP A. TALBERT
                                    Acting United States Attorney

                                    /s/ MEGAN A. S. RICHARDS
                                    MEGAN A. S. RICHARDS
                                    Assistant United States Attorney

Dated:  September 27, 2016          /s/ ANN McGLENON by phone 9/27/16
                                    ANN McGLENON
                                    Counsel for Defendant
                                    MICHAEL GALLOWAY

**FINDINGS AND ORDER**

The parties having established good cause to continue the trial date from October 25, 2016 to May 23, 2017, and to vacate the trial confirmation hearing and hearing on motions *in limine* set for October 11, 2016 at 10 a.m., and to reset the deadlines in the Pretrial Order corresponding to the continued trial date, based on the grounds set forth in the parties' Stipulation, the trial date is continued to May 23, 2017 at 8:30 a.m., and the trial confirmation hearing and hearing on motions *in limine* is reset for May 8, 2017 at 10 a.m.  The time period between the date on this Order and May 23, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **October 4, 2016**

                              /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE