IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:1:14-cr-00114-DAD-BAM |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | **MOTION APPOINTING AD HOC CJA** |
| vs. | ) | **ATTORNEY AS CO-COUNSEL** |
| | ) | |
| MICHAEL GALLOWAY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon Defendant, MICHAEL GALLOWAY's Motion pursuant to 18 U.S.C. § 3006A(b) and the Eastern District of California's CJA Plan, Gen. Ord. 323, App. I, §B(3), and good cause appearing,

THE COURT FINDS that special circumstances exist to appoint, Ann McGlenon, an attorney who will no longer be part of the Federal Defender or a CJA panel counsel, to represent defendant Michael Galloway on an *ad hoc* basis. THE COURT FINDS that Ann McGlenon has the level of experience and knowledge that otherwise would qualify her for membership on the CJA panel. The Court accepts the representations in the motion that (1) the Federal Defender will provide any paralegal, investigator and expert assistance as needed to defend Mr. Galloway; (2) Ms. McGlenon agrees, if she will not be residing within the Eastern District, her travel time and mileage for court appearances commences only once she has entered the Eastern District; and (3) Mr. Galloway agrees to the *ad hoc* appointment.

///

///

///

///

IT IS HEREBY ORDERED that Ann McGlenon is APPOINTED as *ad hoc* CJA attorney and co-counsel to the Federal Defender to represent Defendant MICHAEL GALLOWAY, beginning January 2, 2017, or earlier as may be ordered.

IT IS SO ORDERED.

Dated: __December 9, 2016__          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE