PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
MEGAN A.S. RICHARDS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
    United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00114-DAD |
| Plaintiff, | STIPULATION AND ORDER FOR BRIEFING SCHEDULE ON DEFENDANT'S MOTIONS IN LIMINE |
| v. | |
| MICHAEL GALLOWAY | |
| Defendant. | |

## BACKGROUND

On April 10, 2017, defendant Michael Galloway filed several Motions in Limine ("Defendant's Motions"). Dkt. 82. A hearing on the Defendant's Motions scheduled on May 8, 2017. Id. at 1.

The parties have conferred regarding a briefing schedule on the Defendant's Motions and now mutually request that the Government's response be due on or before **April 25, 2017** and that the Defendant's reply, if any, be due on or before **May 2, 2017**.

//

//

//

//

//

1

## STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the Government may file a response to the Defendant's Motions in limine on or before **April 25, 2017** and the Defendant may file a reply on or before **May 2, 2017**.

Respectfully submitted,

PHILLIP A. TALBERT

United States Attorney

DATED: April 17, 2017            By:      /s/ Michael G. Tierney

Michael G. Tierney
Assistant United States Attorney

DATED: April 17, 2017            By:      /s/ Ann V. McGlenon

Ann V. McGlenon
Attorney for Michael Galloway

## O R D E R

IT IS SO ORDERED.

Dated:   **April 17, 2017**            _____

UNITED STATES DISTRICT JUDGE