UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GALLOWAY,<br><br>Defendant. | Case No. 1:14-cr-00114-DAD-BAM<br><br>ORDER GRANTING REQUEST TO SEAL DOCUMENTS CONTAINING GRAND JURY PROCEEDINGS PROTECTED UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 6<br><br>(Docs. Nos. 98, 99) |

The court has reviewed and considered defendant's request for an order sealing documents (Docs. 98, 99) in this case. Good cause appearing, exhibits A and B to defendant's motion to dismiss shall be filed under seal and only available to the court and counsel for plaintiff and defendant until further order of the court.

IT IS SO ORDERED.

Dated: **July 6, 2017**

UNITED STATES DISTRICT JUDGE

1