ANN H. MCGLENON, SBN #100433
MCGLENON LAW OFFICE
2401 44th Ave. #6
San Francisco, CA 94116
Telephone: (559) 355-0959

Attorney for Defendant
MICHAEL GALLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL GALLOWAY,<br><br>    Defendant. | Case No. 1:14-cr-00114-DAD-BAM<br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD; ORDER THEREON<br><br>Judge: Hon. Dale A. Drozd |

Court-appointed counsel Ann McGlenon hereby moves for an order allowing her to withdraw as counsel of record. This motion is based on the following:

1. On June 5, 2014, the Court appointed counsel to represent Mr. Galloway.

2. On June 10, 2014, the Office of the Federal Defender accepted appointment and the case was assigned to Assistant Federal Defender Ann McGlenon.

3. On April 25, 2016, Assistant Federal Defender Erin Snider entered an appearance in the case.

4. Due to Ms. McGlenon's impending retirement at the end of December 2016, on December 12, 2016, the court appointed Ms. McGlenon as an *ad hoc* Criminal Justice Act ("CJA") attorney and co-counsel along with the Office of the Federal Defender. The Court found that good cause existed for this arrangement in light of Ms. McGlenon's experience and familiarity with the case.

5. On May 15, 2017, the Court continued the trial, which was set to begin on May

23, 2017, to March 13, 2018.

6. On September 1, 2017, Assistant Federal Defender Douglas J. Beevers entered an appearance in the case.

7. In light of the lengthy continuance and Mr. Beevers's appearance in the case, the reasons for Ms. McGlenon's *ad hoc* CJA appointment no longer exist.

Accordingly, it is requested that this Court enter an order allowing her to withdraw as counsel of record in this case.

Respectfully submitted,

Date: September 5, 2017

*/s/ Ann McGlenon*
ANN MCGLENON
McGlenon Law Office
Counsel for Defendant
MICHAEL GALLOWAY

## **O R D E R**

IT IS SO ORDERED.

Dated: **September 7, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE