HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700
douglas_beevers@fd.org

Attorney for Defendant
MICAHEL GALLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 1:14-CR-00114-DAD |
|---|---|---|
| Plaintiff, | ) ) | MOTION FOR DISCOVERY CUT-OFF DEADLINE: Fed. R. Crim. P. 16(d)(1)(A) |
| vs. | ) ) | Date:  March 13, 2018 |
| MICHAEL GALLOWAY | ) | Time:  9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Dale A. Drozd |

Defendant, MICHAEL GALLOWAY, by Heather E. Williams, Federal Defender, by Douglas Beevers, Assistant Federal Defender, hereby moves to compel the disclosure the substance of any oral statement made by the defendant in response to interrogation by a known government agent, before a specific discovery cut-off deadline.  Defense is entitled to pretrial notice of the substance of any such oral statements under Fed.R. Crim. P. 16(a)(1)(A).  Defense has received an eight-page Memorandum of Interview signed by three tax investigators on March 29, 2010 which summarizes Mr. Galloway's oral statements on February 23, 2010 including summaries of the allegedly false statements which are alleged as acts of criminal tax evasion in the indictment.  Defendant initially requested discovery of statements by letter and by two motions for bills of particulars.  In response to Defendants final written request for Rule 16 discovery, the United States advised that it has provided the substance of all known oral

Motion for Discovery Cut-off Deadline             1

statements, but that it is continuing to interview its witnesses. Defense requests that the Court order a final discovery cut-off deadline for statements of the defendant to government agents as authorized by Fed. R. Crim. P. 16(d)(2)(C).

In *United States v. Gillings*, 568 F.2d 1307, 1310 (9th Cir.) cert. denied, 436 U.S. 919 (1978), the Ninth Circuit held Rule 16 was violated where an I.R.S. agent refreshed his recollection with audiotapes which had not been disclosed before trial even though the U.S. Attorney's Office had no knowledge of the existence of the tapes.

Where a party fails to comply with the Court's discovery orders, Rule 16(d)(2) gives the Court authority to continue the case or to preclude evidence which should have been disclosed. Since this case involves three counts which can only be proved by proof that Mr. Galloway made false statements to law enforcement, Defendant has a due process right to pre-trial notice of the allegations which he must defend against. *See Morrisey v. Brewer*, 408 U.S. 471 (1972). Defendant would suffer substantial prejudice if the United States is permitted to introduce any newly discovered or newly remembered statements after the trial has begun. Defense requests that the Court order the United States to provide any additional summaries of the defendant's oral statements no later than Friday at 3:00 p.m. on March 9, 2017. Defense also requests the Court set cut-off deadlines for expert disclosure.

Dated: March 4, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　*/s/ Douglas Beevers*_____
　　　　　　　　　　　　　　　　　　　　DOUGLAS BEEVERS
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

　　　　　　　　　　　　　　　　　　　　*/s/ Erin Snider*_____
　　　　　　　　　　　　　　　　　　　　ERIN SNIDER
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant