HEATHER E. WILLIAMS, #122664
Federal Defender

DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

ERIN SNIDER, #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561

Attorneys for Defendant
MICHAEL GALLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL GALLOWAY, <br><br> Defendant. | Case No. 1:14-cr-00114-DAD <br><br> DEFENDANT MICHAEL GALLOWAY'S PROPOSED VOIR DIRE <br><br> Trial: March 13, 2018 <br> Time: 8:30 a.m. <br> Judge: Hon. Dale A. Drozd |

Michael Galloway, respectfully requests that the Court include the following questions in its voir dire to the jury. Mr. Galloway requests that the Court ask each juror each question and obtain a verbal response to the question from each juror. Mr. Galloway also reserves the right to ask further voir dire questions should it become necessary in the defendant's opinion based upon answers given to these requested questions.

///

///

///

///

///

1. Where do you live?
2. What is your education?
3. What kind of work do you do? What kind of work have you done in the past?
4. Have you, or any member of your family, owned a business?
5. Are you married? If so, what kind of work does your spouse do?
6. Have you, or any members of your family or circle of close friends, ever worked for a law enforcement agency or prosecuting office, such as the United States Attorney, District Attorney, or City Attorney? If so, what is the name and relationship of the person so employed and what is the nature of his/her duties?
7. Have you, or any members of your family or circle of close friends, ever worked for an online entity? If so, what is your relationship to the person so employed and what is the nature of his/her duties at such online entity?
8. Have you, or any members of your family or circle of close friends, ever worked for a political or religious company or organization? If so, what is your relationship to the person so employed and what is the nature of his/her duties?
9. Have you, or any members of your family or circle of close friends, ever been arrested?
10. Have you, or any members of your family or circle of close friends, ever been the victim of a crime?
11. Have you ever testified in court?
12. Have you ever served as a juror before? Is there anything about serving on that previous jury that will influence you in arriving at a verdict in this case?
13. If you served as a juror in a civil case, do you understand that the government's burden of proof is greater in a criminal case than in a civil case? That is, in a civil case, you need only feel that the government is probably correct; in a criminal case, you must believe it beyond a reasonable doubt. Would you be able to hold the government to the higher burden applicable in a criminal case?
14. Do you consider "proof beyond a reasonable doubt" to be a substantial and important right?

15. A criminal defendant is presumed innocent until the government proves his or her guilt beyond a reasonable doubt. How do you feel about the presumption of innocence?

16. Does the fact that the government charged Mr. Galloway with a crime create an inference in your mind that there must be some truth to the charge?

17. Mr. Galloway is charged in four separate counts. Does the fact that there are multiple charges make you feel that he must be guilty? Would you be able to independently evaluate each count and return a verdict on each count that was unaffected by the other counts?

18. The judge will instruct the jury as to the elements of the offense. Do you understand that all elements of the crime charged must be proven beyond a reasonable doubt? If the government does not prove one element beyond a reasonable doubt, would you then vote not guilty?

19. If you do not understand the evidence, will you require the prosecutor to make it understandable before you convict Mr. Galloway?

20. Do you understand that the burden of proof is always on the prosecution and that the defendant need not present any evidence on his or her own behalf?

21. Would you be able to return a verdict of not guilty if the government did not prove Mr. Galloway's guilt beyond a reasonable doubt, even if Mr. Galloway did not put on any evidence whatsoever?

22. Do you believe that Mr. Galloway has a responsibility to prove that he is innocent?

23. A criminal defendant has a constitutional right to remain silent and not testify at trial. If Mr. Galloway should decide not to testify, would that affect in any way your impartial and fair evaluation of the evidence?

24. If Mr. Galloway does testify, will you hold him to a different standard than other witnesses?

25. Would you give greater attention or weight to the testimony of a state or federal government official?

26. Do you believe it is possible for a law enforcement officer to make a mistake?

27. Would you be more willing to believe the combined testimony of the witnesses for one side, just because there are more of them?
28. Do you feel you can keep an open mind and wait until you hear all the evidence and the instructions of the Court before making up your mind?
29. Would you follow the law regardless of your personal opinions?
30. If, during deliberations, eleven other jurors felt differently than you, would you change your mind for that reason alone?
31. Where do you get your news? Newspaper? Television? Magazine? Online? Which news stations do you watch? Which newspapers or magazines do you read?
32. Do you do your own taxes? Do you use a computer program to assist you? Have you ever hired an accountant or other tax professional to do your taxes for you?
33. Have you ever personally filled out a tax return without the assistance of a spouse or tax professional?
34. Have you ever filed a tax return for a business? If so, did you file a Schedule C? Did you hire an accountant or other tax professional to assist you?
35. Have you ever owed money to the Internal Revenue Service? Have you ever been audited?
36. Have you, or any members of your family or circle of close friends, ever been a member of an anti-tax or tax-reform organization?
37. This case involves an online entity called Catholic Online. Are there any judgments you make, good or bad, based solely on that name?
38. Do you know of any reason why you could not sit as an impartial juror?

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

In addition, and to the extent necessary after the Court's voir dire, defense counsel anticipates covering the following areas during its voir dire: potential jurors' experience filing tax returns; potential jurors' experience signing legal documents, contracts, or agreements or agreeing to terms and conditions in legal documents, contracts, or agreements; potential jurors' abilities to follow the instructions of the Court, particularly their abilities to consider evidence for limited purposes; and potential jurors' sources of news and media.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: March 7, 2018           _/s/ Erin Snider_
                               ERIN SNIDER
                               Assistant Federal Defender
                               Attorney for Defendant
                               MICHAEL GALLOWAY