1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2
   DOUGLAS BEEVERS, #288639
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5
   ERIN SNIDER, #304781
6  Assistant Federal Defender
   2300 Tulare Street, Suite 330
7  Fresno, CA 93721
   Telephone: (559) 487-5561
8
   Attorneys for Defendant
9  MICHAEL GALLOWAY

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,     )   Case No. 1:14-cr-00114-DAD-BAM
                                  )
14            Plaintiff,          )   DEFENDANT MICHAEL GALLOWAY'S
                                  )   EXHIBIT LIST
15      vs.                       )
                                  )
16  MICHAEL GALLOWAY,             )   Date: March 13, 2018
                                  )   Time: 8:30 a.m.
17            Defendant.          )   Hon. Judge Dale A. Drozd
                                  )
18

19      Defendant Michael Galloway, through his attorneys, Assistant Federal Defenders

20  Douglas Beevers and Erin Snider, hereby designates the following as potential exhibits for trial

21  in the above-entitled action, reserving the right to add to the list as circumstances dictate.

22  Counsel may introduce, or use at trial, these exhibits during opening statement, in the case-in-

23  chief, and during closing argument.

24  / / /

25  / / /

26  / /

27  / / /

28  / / /

DATED: March 7, 2018  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

By: */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorneys for Defendant
MICHAEL GALLOWAY

| **DEFENDANT'S EXHIBIT LIST** | | | | |
|---|---|---|---|---|
| **TRIAL** | | March 13, 2018 @ 8:30 a.m. Judge Dale A. Drozd | | |
| **Exhibit #** | **Document Description** | **Bates Range** | **Offered** | **Admitted** |
| A | (A001-A061) Special Agent Applegate's First Report | BN 9502-9562 | | |
| B | (B001-B033) Special Agent Applegate's Amendments to First Report | BN 30735-30767 | | |
| C | (C001-C229) Appendices to Special Agent Applegate's First Report | BN 245-513 | | |
| D | Exhibit D: (D001-D015) Special Agent Applegate's Daily Diary | Jencks 1-15 | | |
| E | (E001-045) Grand Jury Transcript 5-29-14 | Jencks 942-986 | | |
| F | (F001-F002) 7-24-09 S. Yonan email | BN 10434-10435 | | |
| G | (G001-003) 9-4-08 S. Yonan/B. Applegate memo | BN 10472a | | |
| H | (H001) 9-4-08 Form 10498-B | BN 10474 | | |
| I | (I001-I003) Bakersfield PD Call Log 4-9-09 | BN 10217-10219 | | |
| J | (J001-002) 4-15-09 memo | BN 9697-9698 | | |
| K | (K001-002) 3-30-16 memo | BN 9699-9700 | | |
| L | (L001-002) 4-25-16 memo | BN 9733B-9734B | | |

| **Defendant's Exhibit List** | | | | |
|---|---|---|---|---|
| **Trial** | | March 13, 2018 @ 8:30 a.m. Judge Dale A. Drozd | | |
| **Exhibit #** | **Document Description** | **Bates Range** | **Offered** | **Admitted** |
| M | (M001) 6-7-16 Carl Livsey Affidavit | BN 9813B | | |
| N | (N001-002) 6-9-16 memo | BN 9814B-9815B | | |
| N-1 | (N-1 001) Handwritten notes to Ex N | Jencks 20 | | |
| O | (O001) 4-9-09 Handwritten summons | BN 22096 | | |
| P | (P001-P002) 9-16-16 memo | BN 22102 | | |
| Q | (Q001-Q003) 9-15-16 memo | BN 22106-22108 | | |
| R | (R001-002) 9-16-16 memo | BN 22109-22110 | | |
| S | (S001-009) IRS Manual 25.5.1 | FD 00191-00199 | | |
| T | (T001-T022) IRS Manual 25.5.2 | FD 00200-00221 | | |
| U | (U001-U019) IRS Manuel 25.5.3 | FD 00222-00240 | | |
| V | (V001-030) IRS Manual 25.5.6 | FD 00241-00270 | | |
| W | (W001-022) IRS Form 2039 | Jencks 35-56 | | |
| X | (X001-008) 2-23-10 interview | BN 5070a | | |
| Y | (Y001-040) 2-23-10 handwritten notes | Jencks 624 | | |
| Z | (Z001-025) 2-23-10 handwritten notes | Jencks 664 | | |
| AA | (AA001-015) 2-23-10 handwritten notes | Jencks 834 | | |
| BB | (BB001-005) Promissory note for residence | BN 5767A-5771A | | |
| CC | (CC001-003) Settlement Statement for Residence | BN 5808A-5810A | | |
| DD | (DD001-DD007) DMV registration histories | BN 31481-31484 | | |

| DEFENDANT'S EXHIBIT LIST | | | | |
|---|---|---|---|---|
| TRIAL | | March 13, 2018 @ 8:30 a.m.<br>Judge Dale A. Drozd | | |
| **Exhibit #** | **Document Description** | **Bates Range** | **Offered** | **Admitted** |
| EE | (EE001-014) 2004 Transactions by acct – Union Bank | BN 5087-5100 | | |
| FF | (FF001) 12-30-04 check # 4782 | BN 15140 | | |
| GG | (GG001) 1-6-05 check # 4786 | BN 15141 | | |
| HH | (HH001-004) 10-6-16 memo | BN 30629-30632 | | |
| II | (II001) 4-4-08 2006 Tax Return cover letter | BN 8958 | | |
| JJ | (JJ001) 3-2-05 money order for $50 | BN 8434A | | |
| KK | KK001) 3-14-05 Money order for $50 | BN 8480A | | |
| LL | (LL001) 4-14-05 Money order for $50 | BN 8583A | | |
| MM | (MM001-002) 1-30-12 memo | BN 9701-9702 | | |
| NN | (NN001-002) 5-12-17 memo | BN 31424-31425 | | |
| OO | (OO001-002) Arrest Report | BN 9483-9484 | | |
| PP | (PP001) 7-13-05 Email | Jencks 100 | | |
| QQ | (QQ001) 11-17-05 Money Order for $50 | 9653A | | |
| RR | (RR001-006) Kern Schools Cert Records | FD 00271-276 | | |
| SS | (S001-S040) Form 4549-A Corrected Report | BN 31495-31534 | | |
| TT | (TT001-003) Kern Schools CFU 8560 2003-2005 Dep spreadsheet | BN 31438 | | |
| UU | (UU001-004) UBOC 1537 2003-2006 Dep spreadsheet | BN 31439 | | |
| VV | (VV001-008) UBOC 4064 | BN 31440 | | |

| | | | | |
|---|---|---|---|---|
| <td colspan="5" align="center">**DEFENDANT'S EXHIBIT LIST**</td> | | | | |
| <td colspan="2" align="center">**TRIAL**</td> | <td colspan="3">March 13, 2018 @ 8:30 a.m.<br>Judge Dale A. Drozd</td> | | | |
| **Exhibit #** | **Document Description** | **Bates Range** | **Offered** | **Admitted** |
| | 2003-2006 Dep spreadsheet | | | |
| WW | (W001-004) UBOC 2048 9/05-12/06 Dep spreadsheet | BN 31441 | | |
| XX | (XX001-004) UBOC 6509 2003-2006 Dep spreadsheet | BN31442 | | |
| YY | (YY001-005) Summary of Adjustments 2003-2006 | BN31444 | | |
| ZZ | (ZZ001-004) 2003Personal bills deducted/paid from 7726 | BN31445 | | |
| AAA | (AAA001-008) 1st Reg 2003 Dep spreadsheet | BN 31446 | | |
| BBB | (BBB001-011) 1st Reg 2004 Deposits spreadsheet | BN 31447 | | |
| CCC | (CCC001-013) 1st Reg 2005 Deposits spreadsheet | BN 31448 | | |
| DDD | (DDD001) UBOC YCVF 2003 Deposits spreadsheet | BN 31450 | | |
| EEE | (EEE001-002) UBOC YCVF 2004 Deposits spreadsheet | BN 31451 | | |
| FFF | (FFF001-012) 1st Reg 2006 Deposits | BN 31449 | | |
| GGG | (GGG001-002) UBOC YCVF 2005 Deposits | BN 31452 | | |
| HHH | (HHH001-005) UBOC 7726 2004 Deposits | BN 31453 | | |
| III | (III001-III007) UBOC 7726 2005 Deposits | BN 31545 | | |
| JJJ | (JJJ001-007) UBOC 7726 2006 Deposits | BN 31455 | | |
| KKK | (KKK001-006) UBOC 9561 2003 Deposits | BN 31456 | | |
| LLL | (LLL001-002) UBOC 9561 2005 Deposits | BN 31457 | | |
| MMM | (MMM001) UBOC 9561 2005 Deposits | BN 31458 | | |

| | **DEFENDANT'S EXHIBIT LIST** | | | |
|---|---|---|---|---|
| | **TRIAL** | March 13, 2018 @ 8:30 a.m.<br>Judge Dale A. Drozd | | |
| **Exhibit #** | **Document Description** | **Bates Range** | **Offered** | **Admitted** |
| NNN | (NNN001-014) W3-6 | BN 5782-5795 | | |
| OOO | (OOO001-007) W3-14 | BN 5103-5115 | | |
| PPP | (PPP001-PPP040) 2-23-10 Handwritten Galloway interview notes | Jencks 624-663 | | |
| QQQ | (QQQ001-025) 2-23-10 Handwritten Galloway interview notes | BN 12966, Jencks 664-688 | | |
| RRR | (RRR001-003) 9-14-16 interview of Brian Applegate | BN 22106-108 | | |
| SSS | (SSS001-002) 9-13-16 interview of Carl Livsey | BN 22085-086 | | |
| TTT | (TTT001-005) 4-5-09 R. Mahar email to B. Applegate | BN 15978-982 | | |
| UUU | (UUU001-003) Expert notice for Brian Applegate 4-19-17 | NA | | |
| VVV | (VVV001-007) Summonses for records | BN 9901, 9903, 9913, 9915, 9920, 9993, 10015 | | |
| WWW | (WWW001-007) 9-15-16 interview of Sharil Yonan | Jencks 827-883 | | |
| XXX | (XXX001-003) 5-3-17 interview of Sharil Yonan | BN 31607-609 | | |
| YYY | (YYY001-002) 1-22-07 Yonan letter to Galloways | BN 9714-715 | | |
| ZZZ | (ZZZ001-044) 10-4-12 Form 4549 | BN 6625-6668 | | |
| AAAA | (AAAA001-019) 11-29-06 Form 4549 | BN 9810-828 | | |
| BBBB | (BBBB001-013) 11-17-06 Form 4549 | BN 9797-809 | | |
| CCCC | (CCCC001-002) 1-30-12 J. Hodge memo | BN 9735-736 | | |

| | DEFENDANT'S EXHIBIT LIST | | | |
|---|---|---|---|---|
| | TRIAL | March 13, 2018 @ 8:30 a.m. Judge Dale A. Drozd | | |
| **Exhibit #** | **Document Description** | **Bates Range** | **Offered** | **Admitted** |
| DDDD | (DDDD001-002) 5-4-17 FD interview of Patrick Henderson | FD 283-284 | | |
| EEEE | (EEEE001-002) 4-26-17 interview of Katherine Renaud | BN 30837-838 | | |
| FFFF | (FFFF001-010) 9-17-10 interview of Stephanie Stanley | BN 9499-501, Jencks 862-869 | | |
| GGGG | (GGGG001) 3-28-16 Livsey/Applegate email | BN 9696 | | |
| HHHH | (HHHH001-002) 6-22-10 interview of Carl Livsey | BN 9485-486 | | |
| IIII | (IIII001-005) 9-13-16 interview of Carl Livsey | Jencks 822-826 | | |
| JJJJ | JJJJ: (JJJJ001-005) 5-11-17 interview of Carl Livsey | BN 31466-470 | | |
| KKKK | (KKKK001-008) 8-24-16 interview of Carl Livsey | BN 30629-632, Jencks 799-802 | | |
| LLLL | (LLLL001-007) 9-21-16 interview of Nick Leyendecker | BN 30653-655, Jencks 765-768 | | |
| MMMM | (MMMM001-003) 8-5-16 interview of Art Marquez | BN 12551-553 | | |
| NNNN | (NNNN001-002) 7-19-16 interview of Angela Cruz | BN 10235-236 | | |
| OOOO | (OOOO001) Copy of Quickbooks CD | BN 9694 | | |
| PPPP | 2005 Transactions by acct First Charter Bank | BN 5253-5265 | | |
| QQQQ | (QQQQ001-015) 2003 Transactions by acct Union Bank | BN 5767-5781 | | |
| RRRR | (RRRR001-002) 2004 Transactions by acct Union | BN 5101-5102 | | |

| | | | | |
|---|---|---|---|---|
| **Exhibit #** | **Document Description** | **Bates Range** | **Offered** | **Admitted** |
| | Bank | | | |
| SSSS | (SSSS001-012) 2005 Transaction by acct Union Bank new | BN 5240-5251 | | |
| TTTT | (TTTT001) 2005 Transactions by acct Union Bank | BN 5252 | | |
| UUUU | (UUUU001-076) 2003 Profit and Loss | BN 5468-5543 | | |
| VVVV | (VVVV001-073) 2004 Profit and Loss | BN 5612-5684 | | |
| WWWW | (WWWW001-053) 2005 Profit and Loss | BN 5690-5742 | | |
| XXXX | (XXXX001-005) 2006 checks to Catholic Online/Galloway | BN 21063, 21768, 21726, 21539, 21831 | | |
| YYYY | (YYYY001-003) 12-19-16 Jane Canaday Interview | BN 30642-644 | | |
| ZZZZ | (ZZZZ001-002) 5-12-17 Jane Canaday interview | BN 31459-60 | | |
| AAAAA | (AAAAA001-002) 5-12-17 Canaday interview notes | BN 31461-462 | | |
| BBBBB | (BBBBB001-118) ICS History Transcript | BN 9576-693 | | |
| CCCCC | (CCCCC001-002) 8-19-16 Canaday notes | Jencks 609-610 | | |
| DDDDD | (DDDDD001-0004) Canaday notes | Jencks 741-744 | | |
| EEEEE | (EEEEE001-002) 4-28-17 interview of Karen Burridge | NA | | |
| FFFFF | (FFFFF001-003) 12-19-16 interview of Karen Burridge | BN 30650-652 | | |
| GGGGG | (GGGGG001-003) 3-13-17 interview of Karen Burridge | BN 30834-30836 | | |
| HHHHH | (HHHHH001-007) 3-13-17 | Jencks 595- | | |

| | DEFENDANT'S EXHIBIT LIST | | | |
|---|---|---|---|---|
| | TRIAL | March 13, 2018 @ 8:30 a.m.<br>Judge Dale A. Drozd | | |
| **Exhibit #** | **Document Description** | **Bates Range** | **Offered** | **Admitted** |
| | Burridge notes | 601 | | |
| IIIII | (IIIII001-007) Burridge interview notes | Jencks 602-608 | | |
| JJJJJ | (JJJJJ001-003) 7-21-16 Jennifer Davis interview | BN 12559-561 | | |
| KKKKK | (KKKKK001-004) 7-28-10 Jennifer Davis interview | BN 9490-9093 | | |
| LLLLL | (LLLLL001-0003) 8-24-16 Davis interview | BN30465-467 | | |
| MMMMM | (MMMMM001-002) 5-11-17 Davis interview | BN31605-606 | | |
| NNNNN | (NNNNN001-014) 9-15-16 interview of Jennifer Davis | Jencks 808-821 | | |
| OOOOO | NA | NA | | |
| PPPPP | (PPPPP001-017) Davis interview notes | Jencks 575-591 | | |
| QQQQQ | (QQQQQ001-003) Davis interview notes | Jencks 611-613 | | |
| RRRRR | (RRRRR001-004) Davis interview notes | Jencks 745-748 | | |
| SSSSS | (SSSSS001-006) For Expedition purchase | FD 278-282b | | |
| TTTTT | (TTTTT001-002) 7-28-10 Linda Foy interview | BN 9488-9489 | | |
| UUUUU | (UUUUU001-006) 7-28-10 Foy notes | Jencks 616-621 | | |
| VVVVV | (VVVVV001-002) 1-20-16 check | Jencks 622-623 | | |
| WWWWW | (WWWWW001-008) Linda Foy interview notes | Jencks 791-798 | | |
| XXXXX | (XXXXX001-003) 8-2-16 Snow interview | BN 12554-556 | | |
| YYYYY | (YYYYY001-004) 9-22-16 Snow interview | BN 30633-636 | | |
| ZZZZZ | (ZZZZZ001-002) 5-11-17 | BN 31603- | | |

| | DEFENDANT'S EXHIBIT LIST | | | |
|---|---|---|---|---|
| | TRIAL | March 13, 2018 @ 8:30 a.m.<br>Judge Dale A. Drozd | | |
| **Exhibit #** | **Document Description** | **Bates Range** | **Offered** | **Admitted** |
| | interview of Snow | 604 | | |
| AB | (AB001-005) Snow interview notes | Jencks 857-861 | | |
| AC | (AC001-009) 10-28-08 Darcy Cotton testimony | BN 4645, 4653-4, 4657-62 | | |
| AD | (AD001-003) 7-19-16 Darcy Stauffer notes | Jencks 877-879 | | |
| AE | (AE001-003) 7-19-16 Stauffer interview | BN 10232-234 | | |
| AF | (AF001-003) 3-13-17 Darcy Cotton interview | BN 30831-833 | | |
| AG | (AG001-0003) W15-1 | BN 6848-850 | | |
| AH | (AH001-004) Intuit with certification | NA | | |
| AI | (AI001-012) W15-4-2 | BN 7493-7504 | | |
| AJ | (AJ001-002) Intuit | BN 7913-914 | | |
| AK | (AK001-002) 10-29-15 Debbie Stewart interview | NA | | |
| AL | (AL001-002) 2-11-16 Wendy Caine interview | NA | | |
| AM | (AM001-043) Entwisle transcript excerpts | BN 2399-2514 | | |
| AN | (AN001-010) Quickbooks screen shots | FD 285-294 | | |
| AO | (AO001-010) Donald Clark emails to Debbie Stewart | NA | | |