1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2
   DOUGLAS BEEVERS, #288639
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5
   ERIN SNIDER, #304781
6  Assistant Federal Defender
   2300 Tulare Street, Suite 330
7  Fresno, CA 93721
   Telephone: (559) 487-5561
8
   Attorneys for Defendant
9  MICHAEL GALLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00114-DAD |
|---|---|
| Plaintiff, | DEFENDANT MICHAEL GALLOWAY'S POTENTIAL WITNESS LIST |
| v. | |
| MICHAEL GALLOWAY, | Trial: March 13, 2018<br>Time: 8:30 a.m.<br>Judge: Hon. Dale A. Drozd |
| Defendant. | |

Michael Galloway, by and through his counsel, Assistant Federal Defenders Douglas Beevers and Erin Snider, hereby gives notice that he may call any witness on the government's witness list who the government does not call. In addition, Mr. Galloway designates the following as potential witnesses, reserving the right to add to the list as circumstances dictate:

1. Debbie Stewart, former bookkeeper at Catholic Online
2. Carl Livsey, Certified Public Accountant
3. Ethan Galloway, programmer at Catholic Online
4. Kathy Lindley, former Catholic Online employee
5. Rachel Galloway, Michael Galloway's mother
6. Patrick Henderson, former programmer at Catholic Online

| | | |
|---|---|---|
| 1 | 7. | Jeffrey Entwisle, former Financial Review Officer at the Archdiocese of New |
| 2 | | Orleans (deposition testimony in lieu of personal appearance) |
| 3 | 8. | Jeffrey Hodge, Internal Revenue Service agent |
| 4 | 9. | Karen Burridge, former outside bookkeeper/accountant for Catholic Online |
| 5 | 10. | David Grow, former Chief Financial Officer at WebBasis |
| 6 | 11. | Wendy Caine, employee at Catholic Online |
| 7 | 12. | Chris Quitoriano, Computer Systems Administrator with the Office of the Federal |
| 8 | | Defender |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: March 7, 2018      */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MICHAEL GALLOWAY