HEATHER E. WILLIAMS, #122664
Federal Defender

DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

ERIN SNIDER, #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561

Attorneys for Defendant
MICHAEL GALLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL GALLOWAY, <br><br> Defendant. | Case No. 1:14-cr-00114-DAD <br><br> DEFENDANT MICHAEL GALLOWAY'S PROPOSED VERDICT FORMS <br><br> Date: March 13, 2018 <br> Time: 8:30 a.m. <br> Judge: Hon. Dale A. Drozd |

Pursuant to Local Rule 163 and the Pretrial Order, Defendant Michael Galloway hereby submits the following proposed verdict forms.

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

DATED: March 7, 2018            */s/ Erin Snider*
                                      ERIN SNIDER
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      MICHAEL GALLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:14-cr-00114-DAD |
| Plaintiff, | [PROPOSED] INTERROGATORY FORM: COUNT 1 |
| v. | |
| MICHAEL GALLOWAY, | |
| Defendant. | |

We, the Jury, unanimously and beyond a reasonable doubt find that the defendant, MICHAEL GALLOWAY, made the following statement(s) during the February 23, 2010 interview and such statement(s) constitute(s) an affirmative attempt to evade or defeat federal income tax for the 2003 tax year:

_____ He lived on only a couple hundred bucks a week

_____ He makes his mortgage payments from cash that he has saved over 40 years

_____ He paid for his cars in cash

_____ He gave his CPA his bank statements to complete his returns

_____ All of the money from his merchant account went into the Catholic Online account

_____
FOREPERSON

_____
DATE

| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br>MICHAEL GALLOWAY,<br>　　　　　Defendant. | Case No. 1:14-cr-00114-DAD<br><br>[PROPOSED] VERDICT FORM: COUNT 1 |

Please indicate whether you find the defendant "not guilty" or "guilty" in the space provided.

We, the Jury, unanimously find the defendant, MICHAEL GALLOWAY, _____ of the crime charged in Count 1 of the indictment, attempt to evade or defeat income tax for 2003 tax year.

_____
FOREPERSON

_____
DATE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00114-DAD |
|---|---|
| Plaintiff, | [PROPOSED] INTERROGATORY FORM: COUNT 2 |
| v. | |
| MICHAEL GALLOWAY, | |
| Defendant. | |

We, the Jury, unanimously and beyond a reasonable doubt find that the defendant, MICHAEL GALLOWAY, made the following statement(s) during the February 23, 2010 interview and such statement(s) constitute(s) an affirmative attempt to evade or defeat federal income tax for the 2004 tax year:

_____ He lived on only a couple hundred bucks a week

_____ He makes his mortgage payments from cash that he has saved over 40 years

_____ He paid for his cars in cash

_____ He gave his CPA his bank statements to complete his returns

_____ All of the money from his merchant account went into the Catholic Online account

_____
FOREPERSON

_____
DATE

|     |                                   |                                |
| --- | --------------------------------- | ------------------------------ |
| 1   | IN THE UNITED STATES DISTRICT COURT |                              |
| 2   | FOR THE EASTERN DISTRICT OF CALIFORNIA |                           |
| 4   | UNITED STATES OF AMERICA          | Case No. 1:14-cr-00114-DAD     |
| 5   | Plaintiff,                        | [PROPOSED] VERDICT FORM: COUNT 2 |
| 6   | v.                                |                                |
| 7   | MICHAEL GALLOWAY,                 |                                |
| 8   | Defendant.                        |                                |

Please indicate whether you find the defendant "not guilty" or "guilty" in the space provided.

We, the Jury, unanimously find the defendant, MICHAEL GALLOWAY, _____ of the crime charged in Count 2 of the indictment, attempt to evade or defeat income tax for 2004 tax year.

_____
FOREPERSON

_____
DATE

|   |   |   |
|---|---|---|
| | IN THE UNITED STATES DISTRICT COURT | |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| UNITED STATES OF AMERICA | | Case No. 1:14-cr-00114-DAD |
| Plaintiff, | | [PROPOSED] INTERROGATORY FORM: COUNT 3 |
| v. | | |
| MICHAEL GALLOWAY, | | |
| Defendant. | | |

We, the Jury, unanimously and beyond a reasonable doubt find that the defendant, MICHAEL GALLOWAY, made the following statement(s) during the February 23, 2010 interview and such statement(s) constitute(s) an affirmative attempt to evade or defeat federal income tax for the 2005 tax year:

_____ He lived on only a couple hundred bucks a week

_____ He makes his mortgage payments from cash that he has saved over 40 years

_____ He paid for his cars in cash

_____ He gave his CPA his bank statements to complete his returns

_____ All of the money from his merchant account went into the Catholic Online account

_____
FOREPERSON

_____
DATE

|   |   |   |
|---|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT | |
| 2 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:14-cr-00114-DAD |
| Plaintiff, | [PROPOSED] VERDICT FORM: COUNT 3 |
| v. | |
| MICHAEL GALLOWAY, | |
| Defendant. | |

Please indicate whether you find the defendant "not guilty" or "guilty" in the space provided.

We, the Jury, unanimously find the defendant, MICHAEL GALLOWAY, _____ of the crime charged in Count 3 of the indictment, attempt to evade or defeat income tax for 2005 tax year.

_____
FOREPERSON

_____
DATE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br>v.<br><br>MICHAEL GALLOWAY,<br><br>    Defendant. | Case No. 1:14-cr-00114-DAD<br><br>[PROPOSED] VERDICT FORM: COUNT 4 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Please indicate whether you find the defendant "not guilty" or "guilty" in the space provided.

We, the Jury, unanimously find the defendant, MICHAEL GALLOWAY, _____ of the crime charged in Count 4 of the indictment, attempt to evade or defeat income tax for 2006 tax year.

_____
FOREPERSON

_____
DATE