McGREGOR W. SCOTT
United States Attorney
MEGAN A. S. RICHARDS
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-114 DAD |
|---|---|
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | DATE: March 13, 2018<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| MICHAEL GALLOWAY, | |
| Defendants. | |

The United States, by and through its undersigned counsel, hereby submits the following list of exhibits it intends to introduce in its case-in-chief:

| **EXHIBIT NO.** | **DESCRIPTION** | **BATES RANGE** | **ADMITTED INTO EVIDENCE** | **OBJECTION FOUNDATION** | **OTHER OBJECTION** |
|---|---|---|---|---|---|
| 1 | Summary Chart of Adjustments | | | | |
| 2 | 2003 United States Individual Income Tax Return (FITR) | 30844-30845, 30851-30863, 30865 | | | |

| # | Exhibit | Bates | | | |
|---|---|---|---|---|---|
| 2-a | 2003 FITR Certification – For I.D. Purposes Only | 308444 | | | |
| 3 | 2003 FITR Transcript | 30992-93 | | | |
| 3-a | 2003 Transcript Certification – For I.D. Purposes Only | 30991 | | | |
| 4 | 2004 FITR | 30867-30878 | | | |
| 4-a | 2004 FITR Certification – For I.D. Purposes Only | 30866 | | | |
| 5 | 2004 FITR Transcript | 30995-30996 | | | |
| 5-a | 2004 Transcript Certification – For I.D. Purposes Only | 30994 | | | |
| 6 | 2005 FITR | 30880-30891 | | | |
| 6-a | 2005 FITR Certification – For I.D. Purposes Only | 30879 | | | |
| 7 | 2005 FITR Transcript | 30998-30999 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7-a | 2005 Transcript Certification – For I.D. Purposes Only | 30997 | | | |
| 8 | 2006 FITR | 30893-30907 | | | |
| 8-a | 2006 FITR Certification – For I.D. Purposes Only | 30892 | | | |
| 9 | 2006 FITR Transcript | 31001-31002 | | | |
| 9-a | 2006 Transcript Certification – For I.D. Purposes Only | 31000 | | | |
| 10 | 2003 Profit and Loss Summary (Tax File) | 10665-10667 | | | |
| 11 | Carl Livsey File Copy of 2004 FITR | 8700-8711 | | | |
| 12 | Carl Livsey File Copy of 2005 FITR | 8757-8758, 8689-8699 | | | |
| 13 | Power of Attorney | 9088-9089 | | | |

| # | Description | Bates | | | |
|---|---|---|---|---|---|
| 14 | Audit Letter Dated 11/2/06 to Michael and Sandra Galloway | 10807-10815 | | | |
| 15 | Audit Letter Dated 11/17/06 to Michael and Sandra Galloway | 10818-10823 | | | |
| 16 | Audit Letter Dated 11/29/06 to Michael and Sandra Galloway | 10837-10846 | | | |
| 17 | Reported Income Versus House Payments | | | | |
| 18 | Bank Account Demonstrative | 31613 | | | |
| 19 | QB Profit and Loss (2003) | 5078-5079 | | | |
| 20 | QB P&L Detail Income and Expenses | 5514, 5542 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 21 | QB Expenses by Vendor Detail (2003) | 5876-5911 | | | |
| 22 | QB Expenses by Vendor Detail (2004) | 5193-5229 | | | |
| 23 | QB Expenses by Vendor Detail (2005) | 5341-5373 | | | |
| 24 | Michael Galloway Draw Account (2003) from QuickBooks CD | 5080-5086 | | | |
| 25 | Michael Galloway Draw Account (2004) from QuickBooks CD | 5233-5238 | | | |
| 26 | Michael Galloway Draw Account (2005) from QuickBooks CD | 5337-5340 | | | |

| No. | Description | Bates | | | |
|---|---|---|---|---|---|
| 27 | Claimed Versus Actual Taxable Income | | | | |
| 28 | Summary of Disallowed Deductions for 2003-2005 | 31615 | | | |
| 29 | [Blank] | | | | |
| 30 | Tax Due and Owing | | | | |
| 31 | COL Operating Account (-7726) Selected 2006 Statements | 20371-20375, 20377-20386 | | | |
| 32 | Chart of Deposits into FRB Merchant Account | | | | |
| 33 | FRB Merchant Account Information | 6785-6790 | | | |
| 34 | FRB Merchant Account Statements | 7091-7116 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 35 | KSCU Honda Credit Application | 6571-6574 | | | |
| 35-a | KSCU 902(11) | 30786 | | | |
| 36 | KSCU Vehicle Loan Documents | 6416-6417, 6457-6562 | | | |
| 37 | UB -6495 (YCVF) Signature Card | 13775-13776 | | | |
| 38 | Four Checks from Merchant Account (-7528) to YCVF (-6495) on 12/31/04 | 7097-7100 | | | |
| 39 | Ten Checks from YCVF to COL on 12/31/04 | 1564-1573 | | | |
| 40 | Year End Checks from -7726 | 15150, 15153-15164, 15167-15189 | | | |
| 41 | Check from Merchant Account to YCVF -1071 on 1-21-05 | 7103 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 42 | Checks from YCVF to Operating Account -7726 | Various. See Exhibit. | | | |
| 43 | Union Bank -7726 Account Records (2006) | 20371-20410 | | | |
| 44 | Recorded Deposits Versus Actual Deposits | | | | |
| 45 | Merchant Account Ending Balances Graph | | | | |
| 46 | Operating Account Ending Balances Graph | | | | |
| 47 | [Blank] | | | | |
| 48 | Summary of Union Bank Personal Account (6495) Deposits | 386-387 | | | |
| 49 | Mortgage Expense Checks 2003 | Various. See exhibit. | | | |

| | | | | | |
|---|---|---|---|---|---|
| 50 | Mortgage Expense Checks 2004 | Various. See exhibit.. | | | |
| 51 | Mortgage Expense Checks 2005 | Various. See exhibit. | | | |
| 52 | Mortgage Expense Checks 2006 | Various. See exhibit. | | | |
| 53 | Personal Expenses Checks 2006 from -7726 Account | Various. See exhibit. | | | |
| 54 | Personal Expenses Checks 2006 from Merchant Account | Various. See Exhibit. | | | |
| 55 | Adjusting Journal Entries | 30685 | | | |
| 56 | Form 4549 | 31563-31570 | | | |
| 57 | Forms 433A and 433B from 2006 | 10281-10293 | | | |
| 58 | Forms 433A and 433B from 2007 | 18192-18203 | | | |
| 59 | Southern Cal. Gas Co. Records | 24045, 24049-24056, 24059-24092, 24098-240118 | | | |

| No. | Description | Bates | | | |
|---|---|---|---|---|---|
| 59-a | Southern Cal. Gas Co. 902(11) – For I.D. Purposes Only | 23044 | | | |
| 60 | PGE Records | 23933-23936 | | | |
| 61 | SBC Records | 5035, 5037-5039 | | | |
| 62 | Lawn Doctor Records | 30799 | | | |
| 62-a | Lawn Doctor 902(11) | 30801 | | | |
| 63 | California Water Records | 30770-30785 | | | |
| 63-a | 902(11) Declaration for California Water | 30769 | | | |
| 64 | Bright House Networks 2003 Bills | 5031-5032 | | | |
| 65 | Water Bills from 2003 | 5019 | | | |
| 66 | DMV Renewal | 5015 | | | |
| 67 | Basque Yard Service 2003 Bills | 5007 | | | |
| 68 | PGE 2003 Bills | 5049, 5051, 5053-5055 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 69 | Personal Express Bill | 4992 | | | |
| 70 | The Gas Company 2003 Bill | 5009 | | | |
| 71 | [Blank] | | | | |
| 72 | Thomas Kelly Management Records | 6676-6677, 6679-6680 | | | |
| 73 | Thomas Kelly Bill | 4979 | | | |
| 74 | Catholic.org from December 30, 2004 | 12583-12585 | | | |
| 75 | Catholic.org from September 3, 2005 | 12576-12578 | | | |
| 76 | Catholic.org from September 23, 2005 | 12579-12589 | | | |
| 77 | Your Catholic Voice Foundation Online Donation Form | 12587-12588 | | | |

| 78 | Carl Livsey Bill for 2005, dated 10/3/06 | 8725 | | | |
| 79 | Carl Livsey Bill for 2006, dated 10/3/06 | 8959 | | | |
| 80 | Photograph of House | 30683 | | | |

Dated: March 7, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ MEGAN A. S. RICHARDS
MEGAN A. S. RICHARDS
MICHAEL G. TIERNEY
Assistant United States Attorneys