MCGREGOR W. SCOTT
United States Attorney
MEGAN A. S. RICHARDS
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00114-DAD-BAM-1 |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT'S WITNESS LIST |
| MICHAEL GALLOWAY, | DATE: March 13, 2018<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendants. | |

The United States, by and through its undersigned counsel, hereby submits the following list of witness it may call in its case-in-chief:

1. Brian Applegate, IRS-CI
2. Charles Arrindel, Formerly of First Regional Bank
3. Eric Ayler
4. June Blackmon
5. Jeremy Brehmer
6. Karren Burridge
7. Jane Canaday, Former IRS Officer

8. Michael Causey, Revenue Agent
9. Darcy Cotton
10. Jennifer Davis
11. Linda Foy
12. Manpreet Gill, IRS Revenue Agent
13. Dawn Goldberg, IRS
14. Julian Irigoyen
15. Nick Leyendecker
16. Carl Livsey
17. Mark Lombard
18. Art Marquez
19. Kristy Morgan, IRS
20. Katerine (Byrd) Renaud
21. Eric Richards, IRS-CI
22. Stephanie (Stanley) Odom
23. Tony Scott
24. Joseph Simmerman
25. Charlie Snow
26. Debbie Stewart
27. Debra Wolf, Thomas Kelley Properties
28. Sharil Yonan, Tax Compliance Officer
29. Brighthouse Networks – Custodian of Records
30. California Water – Custodian of Records
31. Kern Schools Credit Union – Custodian of Records
32. Lawn Doctor – Custodian of Records
33. Pacific Gas and Electric – Custodian of Records
34. Personal Express Insurance – Custodian of Records
35. Southern California Gas – Custodian of Records

1. 36. SBC – Custodian of Records

Dated: March 7, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ MEGAN A. S. RICHARDS
MEGAN A. S. RICHARDS
Assistant United States Attorney