McGREGOR W. SCOTT
United States Attorney
MEGAN A. S. RICHARDS
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
ERIN SNIDER, # 304871
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
Michael Galloway

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL GALLOWAY,<br><br>                Defendant. | CASE NO. 1:14-CR-00114-DAD-BAM<br><br>PARTIES' REQUEST FOR READING OF STATEMENT OF THE CASE<br><br>DATE: March 13, 2018<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |

      The parties hereby submit the following joint proposed statement, which they request the Court to read to the jury panel in advance of voir dire:

      This is a criminal case brought by the United States government. The government charges the defendant with four counts of attempt to evade and defeat payment of a tax. The government alleges that the defendant underreported his taxable income for the tax years 2003, 2004, 2005, and 2006, and

JOINT PROPOSED STATEMENT            1

took other actions to evade the payment of tax.

During those tax years, the defendant operated a business known as Catholic Online, which involved running a website that provided information about the Catholic faith.

The charges against the defendant are contained in the indictment. The indictment simply describes the charges the government brings against the defendant. The indictment is not evidence and does not prove anything. The defendant denies all charges and contends that any errors were not intentional.

Respectfully Submitted,

Dated: March 7, 2018                McGREGOR W. SCOTT
                                    United States Attorney

                                By: /s/ MICHAEL G. TIERNEY
                                    MICHAEL G. TIERNEY
                                    Assistant United States Attorney

Dated: March 7, 2018                HEATHER E. WILLIAMS
                                    Federal Defender

                                By: DOUGLAS BEEVERS
                                    DOUGLAS BEEVERS
                                    Assistant Federal Defender