McGREGOR W. SCOTT
United States Attorney
MEGAN A. S. RICHARDS
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. JOINT PROPOSED VERDICT FORM |
|---|---|
| Plaintiff, | |
| v. | |
| MICHAEL GALLOWAY, | |
| Defendant. | |

Plaintiff the United States of America and defendant MICHAEL GALLOWAY, by and through their respective counsel of record, jointly submit the attached proposed verdict form for use at trial in this case.

Dated: March 9, 2018

Respectfully Submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

/s/ Erin Snider
(authorized on 3/9/18 by email)       /s/ Megan A. S. Richards
ERIN SNIDER                                  MEGAN A. S. RICHARDS
Office of the Federal Defender          MICHAEL G. TIERNEY
Attorney for defendant Michael Galloway     Assistant United States Attorneys

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>MICHAEL GALLOWAY,<br><br>      Defendant. | CASE NO.  1:14-CR-00114 DAD<br><br>PROPOSED JOINT VERDICT FORM |

Count 1

We, the jury, unanimously and beyond a reasonable doubt find that the defendant, MICHAEL GALLOWAY, made the following statement(s) during the February 23, 2010 interview, and such statement(s) constitute(s) an affirmative attempt to evade or defeat federal income tax for the 2003 tax year:

  _____ He lived on only a couple hundred bucks a week

  _____ He makes his mortgage payments from cash that he has saved over 40 years

  _____ He has never taken out a loan, except for his mortgage

  _____ He gave his CPA bank statements and deposits to complete his return

Please indicate whether you find the defendant "not guilty" or "guilty" in the space provided.

We, the Jury, unanimously find the defendant, MICHAEL GALLOWAY, _____ of the crime charged in Count 1 of the indictment, attempt to evade or defeat income tax for 2003 tax year.

_____       _____
DATED                                                     FOREPERSON

Count 2

We, the jury, unanimously and beyond a reasonable doubt find that the defendant, MICHAEL GALLOWAY, made the following statement(s) during the February 23, 2010 interview, and such statement(s) constitute(s) an affirmative attempt to evade or defeat federal income tax for the 2004 tax year:

 _____ He lived on only a couple hundred bucks a week

 _____ He makes his mortgage payments from cash that he has saved over 40 years

 _____ He has never taken out a loan, except for his mortgage

 _____ He gave his CPA bank statements and deposits to complete his return

Please indicate whether you find the defendant "not guilty" or "guilty" in the space provided.

We, the Jury, unanimously find the defendant, MICHAEL GALLOWAY, _____ of the crime charged in Count 2 of the indictment, attempt to evade or defeat income tax for 2004 tax year.

_____     _____
DATED                                                          FOREPERSON

Count 3

We, the jury, unanimously and beyond a reasonable doubt find that the defendant, MICHAEL GALLOWAY, made the following statement(s) during the February 23, 2010 interview, and such statement(s) constitute(s) an affirmative attempt to evade or defeat federal income tax for the 2005 tax year:

_____   He lived on only a couple hundred bucks a week

_____   He makes his mortgage payments from cash that he has saved over 40 years

_____   He has never taken out a loan, except for his mortgage

_____   He gave his CPA bank statements and deposits to complete his return

Please indicate whether you find the defendant "not guilty" or "guilty" in the space provided.

We, the Jury, unanimously find the defendant, MICHAEL GALLOWAY, _____ of the crime charged in Count 3 of the indictment, attempt to evade or defeat income tax for 2005 tax year.

_____  _____
DATED                                                    FOREPERSON

Count 4

Please indicate whether you find the defendant "not guilty" or "guilty" in the space provided.

We, the Jury, unanimously find the defendant, MICHAEL GALLOWAY, _____ of the crime charged in Count 4 of the indictment, attempt to evade or defeat income tax for 2006 tax year.

_____                    _____
 DATED                                                                        FOREPERSON