McGREGOR W. SCOTT
United States Attorney
MEGAN A. S. RICHARDS
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1-14-CR-00114-DAD-BAM |
| Plaintiff, | BILL OF PARTICULARS |
| v. | DATE: March 13, 2018 |
| MICHAEL GALLOWAY, | TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendants. | |

The United States intends to rely on the following false statements made by defendant Michael Galloway on February 23, 2010 to establish the defendant's tax evasion in Counts One through Three of the Indictment:

1. He lived on only a couple hundred bucks a week,

2. He makes his mortgage payments from cash that he has saved over 40 years,

3. He has never taken out a loan, except for his mortgage, and

4. He gave his CPA bank statements and deposits to complete his return.

Dated: March 9, 2018							McGREGOR W. SCOTT
									United States Attorney


								By:   /s/ MEGAN A. S. RICHARDS
									MEGAN A. S. RICHARDS
									Assistant United States Attorney

BILL OF PARTICULARS					1