McGREGOR W. SCOTT
United States Attorney
MEGAN A. S. RICHARDS
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00114-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING ADMISSIBILITY OF BUSINESS RECORDS |
| v. | |
| MICHAEL GALLOWAY, | |
| Defendants. | |

The parties stipulate that the following exhibits are admissible as business records and may be moved into evidence without testimony of a custodian of records:

Government's Exhibits

| 31 | COL Operating Account (-7726) Selected 2006 Statements | 20371-20375, 20377-20386 |
|----|---------------------------------------------------------|---------------------------|
| 33 | FRB Merchant Account Information | 6785-6790 |
| 34 | FRB Merchant Account Statements | 7091-7116 |
| 35 | KSCU Honda Credit Application | 6571-6574 |
| 36 | KSCU Vehicle Loan Documents | 6416-6417, 6457-6562 |
| 37 | UB -6495 (YCVF) Signature Card | 13775-13776 |
| 38 | Four Checks from Merchant Account (-7528) to YCVF (-6495) on 12/31/04 | 7097-7100 |
| 39 | Ten Checks from YCVF to COL on 12/31/04 | 1564-1573 |
| 40 | Year End Checks from -7726 | 15150, 15153-15164, 15167-15189 |
| 41 | Check from Merchant Account to YCVF -1071 on 1-21-05 | 7103 |
| 42 | Checks from YCVF to Operating Account -7726 | Various.  See Exhibit. |
| 43 | Union Bank -7726 Account Records (2006) | 20371-20410 |
| 49 | Mortgage Expense Checks 2003 | Various.  See exhibit. |
| 50 | Mortgage Expense Checks 2004 | Various.  See exhibit.. |
| 51 | Mortgage Expense Checks 2005 | Various.  See exhibit. |
| 52 | Mortgage Expense Checks 2006 | Various.  See exhibit. |

| 53 | Personal Expenses Checks 2006 from -7726 Account | Various. See exhibit. |
|----|--------------------------------------------------|------------------------|
| 54 | Personal Expenses Checks 2006 from Merchant Account | Various. See Exhibit. |
| 59 | Southern Cal. Gas Co. Records | 24045, 24049-24056, 24059-24092, 24098-240118 |
| 60 | PGE Records | 23933-23936 |
| 61 | SBC Records | 5035, 5037-5039 |
| 62 | Lawn Doctor Records | 30799 |
| 63 | California Water Records | 30770-30785 |
| 64 | Bright House Networks 2003 Bills | 5031-5032 |
| 65 | Water Bills from 2003 | 5019 |
| 66 | DMV Renewal | 5015 |
| 67 | Basque Yard Service 2003 Bills | 5007 |
| 68 | PGE 2003 Bills | 5049, 5051, 5053-5055 |
| 69 | Personal Express Bill | 4992 |
| 70 | The Gas Company 2003 Bill | 5009 |

STIPULATION REGARDING ADMISSIBILITY OF
BUSINESS RECORDS

Defendant's Exhibits

| BB | Promissory Note | 5767a |
|---|---|---|
| CC | Settlement Statement | 5808a |
| DD | DMV Registration Histories | 31481 |
| FF | 2004 check from Union Bank 7726 account | 15140 |
| GG | 2005 check from Union Bank 7726 account | 15141 |
| JJ | 2005 check deposited into Union Bank 7726 account | 8434 |
| KK | 2005 check deposited into Union Bank 7726 account | 8480 |
| LL | 2005 check deposited into Union Bank 7726 account | 8583 |
| QQ | 2005 check deposited into Union Bank 7726 account | 9653 |
| RR | Kern Schools monthly statement (July 13, 2002, to August 13, 2002) | FD-00142-00146 |
| XXXX | 2006 checks deposited into Union Bank 7726 Account | 21063, 21539, 21726, 21768, 21831 |
| SSSSS | Jim Burke Ford Receipt and Sales Contract | FD-00277-00282 |
| AG | June 2003 First Regional monthly statement | 6848-6850 |
| AH | June 2003 and September 2006 ECHO Automatic Deduction Notice | (No Bates Numbers) |
| AI | September 2006 First Regional monthly statement | 7493-7504 |

STIPULATION REGARDING ADMISSIBILITY OF
BUSINESS RECORDS

1     Dated: March 9, 2018                      McGREGOR W. SCOTT
                                                   United States Attorney

By:   /s/ MEGAN A. S. RICHARDS
        MEGAN A. S. RICHARDS
        Assistant United States Attorney

Dated: March 9, 2018                     /s/ *Erin Snider*
                                            Erin Snider
                                              Counsel for Defendant
                                              MICHAEL GALLOWAY