IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:14-cr-00114-DAD-BAM |
| Plaintiff, | |
| vs. | **FILED** |
| MICHAEL GALLOWAY, | MAR 14 2018 |
| Defendant. | CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

## NOTE FROM THE JURY

___ The jury has reached a unanimous verdict. Time:_____

X  The jury requests the following: Time: 8:21 am
To be excused from being a juror because I confirmed with my employer if they pay us for jury duty and my manager says we do not get paid for jury duty. I can't miss work for two weeks because I make more than $40 a day. I need to go back to work so I have income to pay for my bills. I don't get paid for the days I miss being a juror. Thank you.

___ The jury has the following question(s): Time:_____

_____
_____
_____
_____

DATED: 3/14/18                         Juror #9
                                       FOREPERSON OF THE JURY