# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF    CALIFORNIA

| UNITED STATES OF AMERICA | | | | | **EXHIBIT AND WITNESS LIST** |
|---|---|---|---|---|---|
| V. MICHAEL GALLOWAY | | | | | Case Number: 1:14-cr-00114-DAD-BAM |

| PRESIDING DISTRICT JUDGE DALE A. DROZD | | | | | GOVERNMENT'S ATTORNEYS Michael Tierney and Megan Richards | DEFENDANT'S ATTORNEYS Erin Snider and Douglas Beevers |
|---|---|---|---|---|---|---|
| TRIAL DATES 3/13/2018-3/20/2018 | | | | | COURT REPORTER Karen Hooven and Peggy Crawford | COURTROOM DEPUTY Reneé Gaumnitz and Wendy Kusamura |

| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/13/18 | | | |
| ✔ | | | | | **Charlie Snow** sworn and testified |
| 74 | | | | ✔ | Catholic.org from December 30, 2004 |
| 75 | | | | ✔ | Catholic.org from September 3, 2005 |
| 76 | | | | ✔ | Catholic.org from September 23, 2005 |
| 77 | | | | ✔ | Your Catholic Voice Foundation Online Donation Form |
| 80 | | | | ✔ | Photograph of House |
| ✔ | | | | | **Jennifer Davis** sworn and testified |
| ✔ | | | | | **Carl Livsey** sworn and testified |
| 2 | | | ✔ | | 2003 United States Individual Income Tax Return (FITR) |
| 4 | | | ✔ | | 2004 FITR |
| 6 | | | ✔ | | 2005 FITR |
| 10 | | | | ✔ | 2003 Profit and Loss Summary |
| 12 | | | | ✔ | Carl Livsey File Copy of 2005 FITR |
| 11 | | | | ✔ | Carl Livsey File Copy of 2004 FITR (admitted as copy of returned retained in accountant's file) |
| | | 3/14/18 | | | |
| ✔ | | | | | **Carl Livsey** continued testimony |
| 31 | | | | ✔ | COL Operating Account (-7726) Selected 2006 Statements |
| 33 | | | | ✔ | FRB Merchant Account Information |
| 34 | | | | ✔ | FRB Merchant Account Statements |

| | | | | | |
|---|---|---|---|---|---|
| 35 | | | | ✔ | KSCU Honda Credit Application (REDACTED) |
| 36 | | | | ✔ | KSCU Vehicle Loan Documents |
| 37 | | | | ✔ | UB -6495 (YCVF) Signature Card |
| 38 | | | | ✔ | Four Checks from Merchant Account (-7528) to YCVF (-6495) on 12/31/04 |
| 39 | | | | ✔ | Ten Checks from YCVF to COL on 12/31/04 |
| 40 | | | | ✔ | Year End Checks from -7726 |
| 41 | | | | ✔ | Check from Merchant Account to YCVF -1071 on 1-21-05 |
| 42 | | | | ✔ | Checks from YCVF to Operating Account -7726 |
| 43 | | | | ✔ | Union Bank -7726 Account Records (2006) |
| 49 | | | | ✔ | Mortgage Expense Checks 2003 |
| 50 | | | | ✔ | Mortgage Expense Checks 2004 |
| 51 | | | | ✔ | Mortgage Expense Checks 2005 |
| 52 | | | | ✔ | Mortgage Expense Checks 2006 |
| 53 | | | | ✔ | Personal Expenses Checks 2006 from -7726 Account |
| 54 | | | | ✔ | Personal Expenses Checks 2006 from Merchant Account |
| 59 | | | | ✔ | Southern Cal. Gas Co. Records |
| 60 | | | | ✔ | PGE Records |
| 61 | | | | ✔ | SBC Records |
| 62 | | | | ✔ | Lawn Doctor Records |
| 63 | | | | ✔ | California Water Records |
| 64 | | | | ✔ | Bright House Networks 2003 Bills |
| 65 | | | | ✔ | Water Bills from 2003 |
| 66 | | | | ✔ | DMV Renewal |
| 67 | | | | ✔ | Basque Yard Service 2003 Bills |
| 68 | | | | ✔ | PGE 2003 Bills |
| 69 | | | | ✔ | Personal Express Bill |
| 70 | | | | ✔ | The Gas Company 2003 Bill |
| | BB | | | ✔ | Promissory Note |
| | CC | | | ✔ | Settlement Statement |
| | DD | | | ✔ | DMV Registration Histories |
| | FF | | | ✔ | 2004 check from Union Bank 7726 account |

|  | GG |  |  | ✔ | 2005 check from Union Bank 7726 account |
|  | JJ |  |  | ✔ | 2005 check deposited into Union Bank 7726 account |
|  | KK |  |  | ✔ | 2005 check deposited into Union Bank 7726 account |
|  | LL |  |  | ✔ | 2005 check deposited into Union Bank 7726 account |
|  | QQ |  |  | ✔ | 2005 check deposited into Union Bank 7726 account |
|  | RR |  |  | ✔ | Kern Schools monthly statement (July 13, 2002, to August 13, 2002) |
|  | XXXX |  |  | ✔ | 2006 checks deposited into Union Bank 7726 Account |
|  | SSSSS |  |  | ✔ | Jim Burke Ford Receipt and Sales Contract |
|  | AG |  |  | ✔ | June 2003 First Regional monthly statement |
|  | AH |  |  | ✔ | June 2003 and September 2006 ECHO Automatic Deduction Notice |
|  | AI |  |  | ✔ | September 2006 First Regional monthly statement |
| 81 |  |  |  | ✔ | Letter to Mike and Sandy from Carl Livsey |
| 8 |  |  | ✔ |  | 2006 FITR |
| 13 |  |  |  | ✔ | Power of Attorney |
| 5 |  |  | ✔ |  | 2004 FITR Transcript |
|  | O |  | ✔ |  | 4-9-09 Handwritten Summons |
| 2 |  |  |  | ✔ | 2003 United States Individual Income Tax Return (FITR) |
|  | HH |  | ✔ |  | 10-6-16 memo |
|  | HHHH |  | ✔ |  | 6-22-10 Memorandum of Interview of Carl Livsey |
|  | AAAA |  | ✔ |  | 11-29-06 Form 4549 |
|  | OOOO |  | ✔ |  | Copy of Quickbooks CD |
|  | IIII |  | ✔ |  | 9-13-16 Memorandum of Contact of Carl Livsey |
| 8 |  |  |  | ✔ | 2006 FITR |
|  | KKKK |  | ✔ |  | 8-24-16 interview of Carl Livsey |
| ✔ |  |  |  |  | **Charles Michael Arrindell** sworn and testified |
| ✔ |  |  |  |  | **Julian Irigoyen** sworn and testified |
| ✔ |  |  |  |  | **Kristy Morgan** sworn and testified |
| 3 |  |  |  | ✔ | 2003 FITR Transcript |
| 4 |  |  |  | ✔ | 2004 FITR |
| 5 |  |  |  | ✔ | 2004 FITR Transcript |
| 6 |  |  |  | ✔ | 2005 FITR |
| 7 |  |  |  | ✔ | 2005 FITR Transcript |

| | | | | | |
|---|---|---|---|---|---|
| 9 | | | | ✔ | 2006 FITR Transcript |
| ✔ | | | | | **Sharil Yonan, Jr.** sworn and testified |
| 14 | | | | ✔ | Audit Letter Dated 11/2/06 to Michael and Sandra Galloway |
| 15 | | | | ✔ | Audit Letter Dated 11/17/06 to Michael and Sandra Galloway |
| 16 | | | | ✔ | Audit Letter Dated 11/29/06 to Michael and Sandra Galloway |
| | PPP | | ✔ | | 2-23-10 Handwritten Galloway interview notes |
| 1 | | | ✔ | | Summary Chart of Adjustments |
| ✔ | | | | | **Ashley Bump** sworn and testified. |
| 72 | | | | ✔ | Thomas Kelly Management Records |
| 73 | | | | ✔ | Thomas Kelly Bill |
| | | 3/15/18 | | | |
| ✔ | | | | | **Anthony Scott** sworn and testified |
| ✔ | | | | | **Brian Applegate** sworn and testified |
| 18 | | | ✔ | | Relevant Bank Accounts, published as DEMONSTRATIVE only |
| 21 | | | | ✔ | QB Expenses by Vendor Detail (2003) |
| 22 | | | | ✔ | QB Expenses by Vendor Detail (2004) |
| 23 | | | | ✔ | QB Expenses by Vendor Detail (2005) |
| 28 | | | ✔ | | Summary of Disallowed Deductions for 2003-2005, published as DEMONSTRATIVE only |
| 55 | | | ✔ | | Adjusting Journal Entries |
| 17 | | | ✔ | | Reported Income Versus House Payments, published as DEMONSTRATIVE only |
| 82 | | | ✔ | | 2006 Personal Expenditures by Brian Applegate, published as DEMONSTRATIVE only |
| | D | | ✔ | | Special Agent Applegate's Daily Diary |
| | AP | | | ✔ | Processed check |
| | AQ | | ✔ | | Statement of accounts |
| | EE | | | ✔ | 2004 Transactions by acct – Union Bank |
| | NNN | | ✔ | | (NNN001-014) W3-6, Catholic Online Transactions by Account as of December 31, 2003 |
| | OOO | | | ✔ | (OOO001-007) W3-14, Catholic Online Transactions by Account as of December 31, 2004 |
| | PPPP | | | ✔ | 2005 Transactions by acct First Charter Bank |
| ✔ | | | | | **Jeremy Brehmer** sworn and testified |

|  |  | 3/16/18 |  |  |  |
|---|---|---|---|---|---|
| ✔ |  |  |  |  | **John Nicholas Leyendecker** sworn and testified |
| ✔ |  |  |  |  | **Karen Burridge** sworn and testified |
| ✔ |  |  |  |  | **Linda Foy** sworn and testified |
| ✔ |  |  |  |  | **Joseph Simmerman** sworn and testified |
| ✔ |  |  |  |  | **Michael D. Causey** (designated an expert witness) sworn and testified |
| 45 |  |  | ✔ |  | Merchant Account Ending Balances Graph for 2003-2006, published as DEMONSTRATIVE only |
| 32 |  |  | ✔ |  | Chart of Deposits into FRB Merchant Account, published as DEMONSTRATIVE only |
| 1A |  |  | ✔ |  | Summary Chart of IRS Adjustments to Business Income with handwritten notes by Tierney, published as DEMONSTRATIVE only |
| 56 |  |  |  | ✔ | Form 4549 |
| 55 |  |  |  | ✔ | Adjusting Journal Entries (with box REDACTED) |
| 30 |  |  | ✔ |  | Taxes Due and Owing Chart, published as DEMONSTRATIVE only |
| 44 |  |  | ✔ |  | Graph- Recorded Deposits Versus Actual Deposits, published as DEMONSTRATIVE only |
|  | CCC |  | ✔ |  | 1st Reg 2005 Deposits spreadsheet |
|  | IIII |  | ✔ |  | 9-13-16 Memorandum of Contact of Carl Livsey |
|  | AT |  |  | ✔ | Income Tax Examination Changes, Form 4549-A |
|  | SS |  |  | ✔ | Form 4549-A Corrected Report |
|  |  | 3/19/18 |  |  |  |
|  |  |  |  |  | **Michael D. Causey** continued testimony |
|  | HHH |  | ✔ |  | UBOC 7726 2004 Deposits |
|  | AW |  |  | ✔ | Union Bank of CA Statement of Accounts |
|  | BA |  |  | ✔ | $3,000.00 check dated 8/19/2004 from Catholic Online to Your Catholic Voice |
|  | CCC |  |  | ✔ | 1st Reg 2005 Deposits spreadsheet |
|  | AV |  |  | ✔ | Catholic Online Statement |
|  | AX |  |  | ✔ | Deposit Ticket for date of 10/13/2005 |
|  | ZZ |  | ✔ |  | 2003Personal bills deducted/paid from 7726 |
|  | YY |  | ✔ |  | Summary of Adjustments 2003-2006 |
|  | AY |  |  | ✔ | Deposit slip from Sandra Galloway $667.00 |
| ✔ |  |  |  |  | **Darcy Marie Cotton** sworn and testified |

| | | | | | |
|---|---|---|---|---|---|
| ✔ | | | | | **Eric Thomas David Richards** sworn and testified |
| | AA | | ✔ | | Interview notes |
| | PPP | | ✔ | | 2-23-10 Handwritten Galloway interview notes |
| | | | | | **Government RESTS** |
| | ✔ | | | | **David Russel Grow** sworn and testified |
| | ✔ | | | | **Rachel Salcedo Galloway** sworn and testified |
| | | 3/20/18 | | | |
| | ✔ | | | | **Stipulation re testimony of Jeffrey Entwisle** read to jury |
| | ✔ | | | | **Debbie Stewart** sworn and testified |
| | | | | | **Defendant RESTS** |
| ✔ | | | | | Rebuttal witness **Michael D. Causey** recalled |
| | | | | | **Government RESTS** |
| | | | | | **Defendant RESTS** |