IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
MAR 21 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:14-cr-00114-DAD-BAM |
| Plaintiff, | |
| vs. | |
| MICHAEL GALLOWAY, | |
| Defendant. | |

## NOTE FROM THE JURY

✓ The jury has reached a unanimous verdict. Time: **3:30**

___ The jury requests the following: Time:_____

___ The jury has the following question(s): Time:_____

DATED: **3-21-18**            **John Rispens**
                              FOREPERSON OF THE JURY