
UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL GALLOWAY,<br><br>    Defendant. | No. 1:14-cr-00114-DAD-BAM-1<br><br>VERDICT FORM |

Count 1 – Part A

We, the jury, unanimously and beyond a reasonable doubt find that the defendant, MICHAEL GALLOWAY, made the following statement(s) during the February 23, 2010 interview, and such statement(s) constitute(s) an affirmative attempt to evade or defeat federal income tax for the 2003 tax year (mark the appropriate boxes in the table below):

| Statement | Unanimously Agree Statement Was Made and Was Affirmative Attempt to Evade | Unanimously Agree Statement Was Not Made or Was Not Affirmative Attempt to Evade | Cannot Unanimously Agree Either Whether Statement Was Made or Whether Statement Was Affirmative Attempt to Evade |
|---|---|---|---|
| He lived on only a couple hundred bucks a week | | | X |
| He makes his mortgage payments from cash that he has saved over 40 years | X | | |
| He has never taken out a loan, except for his mortgage | | | X |
| He gave his CPA bank statements and deposits to complete his return | | | X |

If you unanimously find at least one of the above statements to have been made and to constitute an affirmative attempt to evade federal income tax, continue to Part B, below. If you unanimously agree that each of the above statements either were not made or were not an affirmative attempt to evade federal income tax, continue to Part B, below, and enter a verdict of "NOT GUILTY." If you cannot unanimously agree whether any of the above statements were made and were an affirmative attempt to evade federal income tax, skip Part B and proceed to Count 2.

2

| | |
|---|---|
| 1 | Count 1 – Part B |
| 2 | Please indicate whether you find the defendant "not guilty" or "guilty" in the space |
| 3 | provided. |
| 4 | |
| 5 | We, the Jury, unanimously find the defendant, MICHAEL GALLOWAY, _Guilty_ |
| 6 | of the crime charged in Count 1 of the indictment, attempt to evade or defeat income tax for 2003 |
| 7 | tax year. |

Count 2 – Part A

We, the jury, unanimously and beyond a reasonable doubt find that the defendant, MICHAEL GALLOWAY, made the following statement(s) during the February 23, 2010 interview, and such statement(s) constitute(s) an affirmative attempt to evade or defeat federal income tax for the 2004 tax year (mark the appropriate boxes in the table below):

| Statement | Unanimously Agree Statement Was Made and Was Affirmative Attempt to Evade | Unanimously Agree Statement Was Not Made or Was Not Affirmative Attempt to Evade | Cannot Unanimously Agree Either Whether Statement Was Made or Whether Statement Was Affirmative Attempt to Evade |
|---|---|---|---|
| He lived on only a couple hundred bucks a week | | | X |
| He makes his mortgage payments from cash that he has saved over 40 years | X | | |
| He has never taken out a loan, except for his mortgage | | | X |
| He gave his CPA bank statements and deposits to complete his return | | | X |

4

If you unanimously find at least one of the above statements to have been made and to constitute an affirmative attempt to evade federal income tax, continue to Part B, below. If you unanimously agree that each of the above statements either were not made or were not an affirmative attempt to evade, continue to Part B, below, and enter a verdict of "NOT GUILTY." If you cannot unanimously agree whether any of the above statements were made and were an affirmative attempt to evade federal income tax, skip Part B and proceed to Count 3.

## Count 2 – Part B

Please indicate whether you find the defendant "not guilty" or "guilty" in the space provided.

We, the Jury, unanimously find the defendant, MICHAEL GALLOWAY, __Guilty__ of the crime charged in Count 2 of the indictment, attempt to evade or defeat income tax for 2004 tax year.

Count 3 – Part A

We, the jury, unanimously and beyond a reasonable doubt find that the defendant, MICHAEL GALLOWAY, made the following statement(s) during the February 23, 2010 interview, and such statement(s) constitute(s) an affirmative attempt to evade or defeat federal income tax for the 2005 tax year (mark the appropriate boxes in the table below):

| Statement | Unanimously Agree Statement Was Made and Was Affirmative Attempt to Evade | Unanimously Agree Statement Was Not Made or Was Not Affirmative Attempt to Evade | Cannot Unanimously Agree Either Whether Statement Was Made or Whether Statement Was Affirmative Attempt to Evade |
|---|---|---|---|
| He lived on only a couple hundred bucks a week | | | X |
| He makes his mortgage payments from cash that he has saved over 40 years | X | | |
| He has never taken out a loan, except for his mortgage | | | X |
| He gave his CPA bank statements and deposits to complete his return | | | X |

|   |   |
|---|---|
| 1 | If you unanimously find at least one of the above statements to have been made and to |
| 2 | constitute an affirmative attempt to evade federal income tax, continue to Part B, below. If you |
| 3 | unanimously agree that each of the above statements either were not made or were not an |
| 4 | affirmative attempt to evade, continue to Part B, below, and enter a verdict of "NOT GUILTY." |
| 5 | If you cannot unanimously agree whether any of the above statements were made and were an |
| 6 | affirmative attempt to evade federal income tax, skip Part B and proceed to Count 4. |

## Count 3 – Part B

Please indicate whether you find the defendant "not guilty" or "guilty" in the space provided.

We, the Jury, unanimously find the defendant, MICHAEL GALLOWAY, __Guilty__ of the crime charged in Count 3 of the indictment, attempt to evade or defeat income tax for 2005 tax year.

Count 4

Please indicate whether you find the defendant "not guilty" or "guilty" in the space provided.

We, the Jury, unanimously find the defendant, MICHAEL GALLOWAY, _Guilty_ of the crime charged in Count 4 of the indictment, attempt to evade or defeat income tax for 2006 tax year.

_3-21-18_
DATED

_[signature]_
FOREPERSON