UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721




## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:** 1:14-cr-00114-DAD-BAM

**CASE NAME:** USA v. MICHAEL GALLOWAY

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the party who initially marked the exhibit, **irrespective of who used, referenced or admitted the exhibit at trial**. The parties shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case.

The parties' counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.

Dated: **March 21, 2018**

_____
DISTRICT JUDGE

**DATE EXHIBITS RETURNED:** March 21, 2018

**Govt Attorneys:** Michael Tierney and Megan Richards

**Govt Attorneys Signatures:** _____

**DATE EXHIBITS RETURNED:** March 21, 2018

**Deft Attorneys:** Erin Snider and Douglas Beevers

**Deft Attorney Signatures:** _____

This document certifies that the above referenced exhibits were returned.

**Date:** March 21, 2018

_____
**WENDY KUSAMURA**
**Courtroom Clerk**