HEATHER E. WILLIAMS, #122664
Federal Defender

DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

ERIN SNIDER, #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561

Attorneys for Defendant
MICHAEL GALLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00114-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING; DECLARATION OF ERIN M. SNIDER |
| vs. | |
| MICHAEL GALLOWAY, | Date: August 13, 2018 |
| Defendant. | Time: 10:00 a.m. |
| | Hon. Judge Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Megan Richards, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Michael Galloway, that the sentencing hearing currently scheduled for June 18, 2018, be continued to August 13, 2018, at 10:00 a.m.

The defense is requesting this continuance because co-counsel Douglas Beevers is scheduled to be in trial on June 18, 2018, and, thus, is unable to attend the currently scheduled sentencing hearing. In addition, Mr. Galloway has upcoming medical appointments, including an MRI on June 13, 2018, and the defense would like to have the test results before the sentencing hearing so that any updates on his health can be included in the presentence report. All parties are available on August 13, 2018.

/ / /

1

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 11, 2018 　　　　　　　　　　　　　　/s/ Megan Richards
MEGAN RICHARDS
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: June 11, 2018 　　　　　　　　　　　　　　/s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MICHAEL GALLOWAY

# **O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for June 18, 2018, is continued until August 13, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **June 11, 2018**　　　　　　　　　　　　　　_Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

## DECLARATION OF ERIN SNIDER

I, Erin Snider, declare as follows:

1. I am an attorney admitted to practice before this Court and I am employed as an Assistant Federal Defender.

2. The Office of the Federal Defender has been appointed to represent Defendant Michael Galloway in the above-entitled case, and I have been assigned to represent him, along with Assistant Federal Defender Douglas Beevers.

3. Mr. Beevers is currently in trial in *United States v. Rodney Flucas*, 2:17-cr-00209-KJM. The trial began with jury selection on June 1, 2018, and the government previously estimated its case-in-chief to last two weeks. Accordingly, Mr. Beevers will be unavailable to attend the currently scheduled June 18, 2018 sentencing hearing.

4. Mr. Galloway has a number of upcoming medical appointments, including an MRI on June 13, 2018. It is unknown when test results will be available.

I declare under penalty of perjury that the foregoing is true and correct. Executed this June 11, 2018, at Fresno, California.

                                                /s/ *Erin Snider*
                                                ERIN SNIDER, Declarant
                                                Assistant Federal Defender