# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | **NOTICE OF APPEAL** |
| )  Plaintiff,                                  ) | |
| )                                                   ) | No.     1:14-cr-00114-DAD-BAM-1 |
| vs.                                                ) | |
| )                                                   ) | |
| MICHAEL GALLOWAY,              ) | |
| )                                                   ) | |
| Defendant.                                 ) | |

    Notice is hereby given that MICHAEL GALLOWAY appeals to the United States Court of Appeals for the Ninth Circuit from the:

    (   )  Conviction only
    ( x )  Conviction and Sentence (Judgment entered August 17, 2018, ECF #166)
    (   )  Sentence only
    ( x )  Order (specify):  Order Denying Motion to Dismiss (ECF #40); Order Denying Motion to Suppress (ECF #80); Order Denying Motion to Dismiss (ECF #110); Order Granting in Part and Denying in Part Defendant's Motions *In Limine* (ECF #123); Order Denying Motion to Dismiss (ECF #123)

 

                                                          */s/ Erin Snider*
                                                          ERIN SNIDER
                                                          Assistant Federal Defender
Dated:  August 22, 2018                   ADDRESS:  Office of the Federal Defender
                                                          2300 Tulare Street, Suite 330
                                                          Fresno, California 93721
                                   PHONE NUMBER: (559) 487-5561

---

Name of Court Reporter(s):   Various
Transcript - Required:            (X) YES        (  ) NO
(If transcript is required, complete Transcript Order Form CA9-036; contact court reporter immediately to make arrangements for transcription.)