FILED

AUG 23 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> MICHAEL GALLOWAY, <br><br> Defendant-Appellant. | No. 18-10313 <br><br> D.C. No. 1:14-cr-00114-DAD <br> Eastern District of California, <br> Fresno <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of the Federal Public Defender's Office to be relieved as appellant's counsel of record and for appointment of Devin Burstein, Esq., 501 W. Broadway, Suite 240, San Diego, California, 92101, (619) 234-4433, as new appointed counsel (Docket Entry No. 2) is granted.

The Clerk shall amend the docket to reflect counsel Burstein's address and appointed status for this appeal.

The Clerk shall further amend this court's docket to reflect that Assistant Federal Public Defender Erin Snider is no longer appellant's counsel for this appeal.

The previously established briefing schedule remains in effect.

The Clerk shall serve this order on former counsel and appellant individually at 2804 Cormier Drive, Bakersfield, California 93311-2960.