CAED 435
(Rev. 04/18)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|
| Devin Burstein | db@wabulaw.com | 619-234-4433 | 9/1/18 |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| 501 W. Broadway, Ste. 240 | San Diego | Ca | 92101 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 14-cr-114-DAD-BAM | Dale Drozd | 11. FROM 5/29/14 | 12. TO 8/23/18 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| USA v. Galloway | 14. CITY Fresno | 15. STATE Ca |

16. ORDER FOR

☑ APPEAL No. **18-10313**  ☑ CRIMINAL  ☑ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY
☐ NON-APPEAL  ☐ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)  *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☑ ENTIRE TRIAL | 3/13-3/21/18 | K. Hooven, P. Crawford | ☑ OTHER (Specify Below) | | |
| ☑ JURY SELECTION | 3/13/18 | K. Hooven | Status Conferences | 10/27/14, 2/9/15 | K. Hooven |
| ☑ OPENING STATEMENTS | 3/13/18 | K. Hooven | Motion Hearing | 6/2/15, 3/28/16 | ECRO, K. Hooven |
| ☑ CLOSING ARGUMENTS | 3/21/18 | K. Hooven, ECRO | Status conference | 8/24/15, 4/25/16 | ECRO |
| ☑ JURY INSTRUCTIONS | 3/21/18 | K. Hooven, ECRO | Motion Hearing | 6/24/16/, 10/11/16 | ECRO, K. O'Halloran |
| Sentencing Hearing | 8/13/18 | K. Hooven | Trial confirmation | 5/15/17 | K. Hooven |
| | | | Motion Hearing | 7/31/17, 3/5/18 | K. Hooven |

18. ORDER          (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☑ | ☑ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE | PROCESSED BY |
|---|---|
| /s/ Devin Burstein | |
| 20. DATE | PHONE NUMBER |
| 9/10/18 | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |