HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700
douglas_beevers@fd.org

Attorney for Defendant
MICAHEL GALLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No:1:14-CR-00114DAD |
| Plaintiff, | EXPEDITED MOTION TO EXTEND SELF-SURRENDER |
| vs. | |
| MICHAEL GALLOWAY | Date:  November 13, 2018 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: Hon. Dale A. Drozd |

Defendant, MICHAEL GALLOWAY, by Heather E. Williams, Federal Defender, by Douglas Beevers, Assistant Federal Defender, moves the Court to extend the time for self-surrender to BOP which is currently set for November14, 2018.

According to the defendant's nurse, the defendant needs surgery to remove large kidney stones and a stent implant.  This surgery has been postponed because the urologist needs the cardiologist to see him and clear him for the surgery. Defendant recently had a heart attack. Defense believes that a continuance of 2 months would be sufficient to enable defendant to have the surgery and avoid the need to be placed in a BOP medical facility. Alternatively, defense requests a two week extension in order to obtain more information.

This motion is brought on an expedited basis, because Attorney Beevers was not aware that Attorney Snider was out of the country.

AUSA Megan Richards is available for Tuesday appearance.

Dated: November 9, 2018           Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/ Douglas Beevers*
                                  DOUGLAS BEEVERS
                                  Assistant Federal Defender
                                  Attorney for Defendant