HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
MICHAEL GALLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-cr-0114 DAD |
|---|---|
| *Plaintiff,* | [PROPOSED] ORDER CONTINUING SURRENDER DATE |
| v. | |
| MICHAEL GALLOWAY, | |
| *Defendant.* | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY ORDERED, that the self-surrender date for defendant Michael Galloway, sentenced on August 13, 2018 to 21 months in the Bureau of Prisons, is continued from November 14, 2018 to **January 23, 2019 at or before 2:00 p.m. at F.C.I. Lompoc,** to best accommodate needed medical care**.**

DATED: November _____, 2018

_____
DALE A. DROZD, Judge
United States District Court