1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIN SNIDER, Bar #304781
   Assistant Federal Defenders
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Counsel for Defendant
6  MICHAEL GALLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-cr-0114 DAD |
|---|---|
| *Plaintiff,* | ORDER CONTINUING SURRENDER DATE |
| v. | |
| MICHAEL GALLOWAY, | JUDGE: Hon. Dale A. Drozd |
| *Defendant.* | |

IT IS HEREBY ORDERED, that the self-surrender date for defendant Michael Galloway, sentenced on August 13, 2018 to 21 months in the Bureau of Prisons, is continued from November 14, 2018 to **January 23, 2019 at or before 2:00 p.m. at F.C.I. Lompoc,** to best accommodate needed medical care.

IT IS SO ORDERED.

Dated:   **November 13, 2018**             /s/ Dale A. Drozd
                                           UNITED STATES DISTRICT JUDGE