HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
MICHAEL GALLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>MICHAEL GALLOWAY,<br><br>　　　　　*Defendant.* | Case No. 1:14-cr-0114-DAD<br><br>**NOTICE OF MOTION AND MOTION TO CONTINUE SELF-SURRENDER DATE**<br><br>JUDGE: Hon. Dale A. Drozd<br>DATE: January 22, 2019<br>TIME: 10:00 a.m. |

**TO: MCGREGOR SCOTT, UNITED STATES ATTORNEY, AND MICHAEL TIERNEY, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

PLEASE TAKE NOTICE that on January 22, 2019, at 10:00 a.m., or as soon thereafter as the matter can be heard in the Courtroom of the Honorable Dale A. Drozd, United States District Court Judge for the Eastern District of California, defendant Michael Galloway, through undersigned counsel, will bring on for hearing the following motion to continue self-surrender date.

**MOTION**

Mr. Galloway, by and through his counsel of record, Assistant Federal Defender Erin Snider, hereby moves this Court for an order continuing his self-surrender date. This Court sentenced Mr. Galloway on August 13, 2018. *See* Dkt. #165. At that time, the Court granted

Mr. Galloway's request to self-surrender to a Bureau of Prisons institution and set a self-surrender date of November 14, 2018.  *Id.*  On November 9, 2018, the defense filed a motion seeking a continuance of the self-surrender date, citing Mr. Galloway's medical concerns and upcoming medical appointments.  *See* Dkt. #190.  On November 13, 2018, following a hearing, this Court granted the motion and continued Mr. Galloway's self-surrender date to January 23, 2019.

Mr. Galloway has reported to defense counsel that he is continuing to experience medical issues and that he is scheduled to receive surgery, with a pre-op appointment scheduled for January 16, 2019.  Defense counsel is waiting for documentation of Mr. Galloway's health condition and upcoming appointments and will provide that information to counsel for the government and the Court as soon as possible.  Given that Mr. Galloway is ordered to self-surrender on January 23, 2019, the defense is requesting that the Court set a hearing on January 22, 2019.  Counsel for the government has indicated he has no objection to that hearing date.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 14, 2019

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MICHAEL GALLOWAY