IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>MICHAEL GALLOWAY,<br><br>*Defendant.* | Case No. 1:14-cr-0114 DAD<br><br>ORDER CONTINUING SURRENDER DATE<br><br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY ORDERED, that the self-surrender date for defendant Michael Galloway, sentenced on August 13, 2018 to 21 months in the Bureau of Prisons, is continued from January 23, 2019 to **March 27, 2019 at or before 2:00 p.m. at F.C.I. Lompoc,** in order to accommodate scheduled medical treatment. However, no further extensions of the surrender date will be granted absent a compelling showing of good cause as explained at the hearing.

IT IS SO ORDERED.

Dated: __**January 24, 2019**__  
_____  
UNITED STATES DISTRICT JUDGE