MCGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GALLOWAY,<br><br>Defendant. | CASE NO. 1:14-CR-00114-DAD<br><br>STIPULATION AND ORDER TO VACATE MOTION HEARING AND SET SENTENCING HEARING<br><br>DATE: April 6, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

## **BACKGROUND**

On March 26, 2020, defendant filed a "Motion to Re-Instate Pre-Sentencing Release" (Doc 200) (the Motion). The Motion asks for the defendant's release prior to his re-sentencing. Mot. at 1. The Government filed an opposition on April 1, 2020. Doc. 203. A hearing on the Motion was set on April 6, 2020. Doc. 201.

Since the filing of the briefing papers, the parties have continued to discuss the matter. The parties now believe that the most efficient way forward is to set a re-sentencing hearing. As the parties have previously informed the Court and United States Probation, they have reached agreement on a number of issues in order to ensure that re-sentencing can be accomplished quickly and that re-sentencing will lead to resolution of all remaining issues in the case.

Specifically, both parties agree that the PSR ¶ 92 should be amended to reduce restitution to the amount specific to Count 4: $18,905. The parties agree that the tax loss amount of $182, 182 still

1

applies and that therefore ¶ 33 of the PSR regarding the Base Offense Level is correct. The parties waive any other objection to the PSR.

The defendant waives his in-person appearance for the hearing under the provisions of Eastern District of California General Order 614. Pursuant to that Order, the parties stipulate that the Court may find that the sentencing cannot be further delayed without serious harm to the interests of justice, given that a number of individuals in the defendant's facility, FCI-Lompoc, have tested positive for COVID-19, thereby making it unlikely that the defendant could be physically transported to court for the foreseeable future. The defendant consents, after consultation with counsel, to use videoconferencing or teleconferencing if videoconferencing is not reasonably available.

Staff at FCI-Lompoc has previously advised counsel for the United States that videoconferencing was not reasonably available for the April 6, 2020 hearing. Counsel for the United States will continue to work with staff at FI-Lompoc to determine whether videoconferencing is reasonably available for the proposed April 20, 2020 hearing.

A Proposed Order appears below.

Dated: April 3, 2020  McGREGOR W. SCOTT
United States Attorney

By: /s/ MICHAEL G. TIERNEY
MICHAEL G. TIERNEY
Assistant United States Attorney

Dated: April 3, 2020  By: /s/ Douglas Beevers
Assistant Federal Defender
Counsel for Defendant
Michael Galloway

///
///
///
///
///

## ORDER

The Hearing previously set on Defendant's "Motion to Re-Instate Pre-Sentencing Release" (Doc 200) is hereby VACATED. Pursuant to the parties' stipulation, sentencing in this matter is now set for **April 20, 2020** at 10:00 a.m. The Court finds that due to the COVID-19 pandemic it unlikely that the defendant could be physically transported to court for the foreseeable future. The Court concludes that the sentencing hearing in this action is appropriately conducted by videoconference, or in the event that videoconferencing is not reasonably available, by teleconference, because further delay in sentencing under the circumstances of this case would cause serious harm to the interests of justice. *See* CARES Act, H.R. 748, §§ 15002(b)(2) and (b)(2)(A); Eastern District of California General Order 614 (March 30, 2020).

IT IS SO ORDERED.

Dated: **April 3, 2020**

　　　　　　　　　　　　　　　　　　Dale A. Drozd
UNITED STATES DISTRICT JUDGE