UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL GALLOWAY,<br><br>  Defendant. | Case No. 1:14-cr-00114-DAD-BAM<br><br>ORDER OF RELEASE |

The above named defendant having been re-sentenced on April 20, 2020 to TIME SERVED, IT IS HEREBY ORDERED that the defendant shall be released from the custody of the U.S. Bureau of Prisons FORTHWITH.  A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated:   **April 20, 2020**                                  _____
                                                                                   UNITED STATES DISTRICT JUDGE