1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MICHAEL GALLOWAY
7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          |  Case No. 1:14-cr-00114-ADA-BAM

12          Plaintiff,                 |  *UNOPPOSED* MOTION FOR EARLY
                                        |  TERMINATION OF SUPERVISED RELEASE;
13  vs.                                |  ORDER

14  MICHAEL GALLOWAY,                  |  Hon. Ana de Alba

15          Defendant.

16

17          Michael Galloway hereby moves this Court for an order terminating supervised release at

18  this time. Undersigned counsel has conferred with Mr. Galloway's assigned United States

19  Probation Officer, Marissa Frazure, as well as with counsel for the government, Assistant United

20  States Attorney Michael Tierney, and neither probation nor the government is opposed to this

21  request.

22          Title 18, United States Code, Section 3583(e)(1) grants this Court the power to terminate

23  a term of supervised release at any time after the expiration of one year, pursuant to the

24  provisions of Federal Rule of Criminal Procedure Rule 32.1(c) [1], provided the Court is satisfied

25

26  [1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the
    person has the right to counsel and an opportunity to make a statement and present any
27  information in mitigation." However, no hearing is required if the defendant waives the hearing.
    Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the
28  defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and(B). Under
    both provisions, no hearing is required here.

1   that such action is warranted by the conduct of the defendant and in the interests of justice. *See*

2   18 U.S.C. § 3583(e)(1); *see also United States v. Ponce*, 22 F.4th 1045 (9th Cir. 2022)

3   (clarifying that early termination of supervised release is not just reserved for rare cases

4   involving exceptionally good behavior).

5          On April 20, 2020, United States District Judge Dale A. Drozd sentenced Mr. Galloway

6   to time-served (12 months and 25 days), to be followed by 36 months of supervised release. *See*

7   ECF #211 (Minutes); ECF #213 (Judgment). As conditions of supervised release, Judge Drozd

8   ordered Mr. Galloway to pay a $100 special assessment and a $6,000 fine, as well as pay

9   $18,905 in restitution. As of the date of this filing, Mr. Galloway has been on supervised release

10   for a period of approximately two years and six months. During that time, he has paid his

11   financial obligations in full. He has not incurred any violations of supervised release and has

12   remained in compliance with all terms and conditions. At present, Mr. Galloway is not receiving

13   counseling or treatment services from probation and he is living a positive, pro-social, and law-

14   abiding life.

15          On September 22, 2022, Mr. Galloway's probation officer, Ronnie Preap, indicated that

16   probation "do[es] not oppose"  early termination of Mr. Galloway's term of supervised release in

17   light of Mr. Galloway's "positive adjustment to supervision." On October 18, 2022, Assistant

18   United States Attorney Michael Tierney indicated via email that the government has "[n]o

19   objection" to early termination of Mr. Galloway's term of supervised release. Defense counsel

20   learned that United States Probation Officer Marissa Frazure assumed supervision over Mr.

21   Galloway on October 24, 2022. On October 26, 2022, Officer Frazure advised that she had met

22   with Mr. Galloway and that she, too, was "in agreement" and did "not have any objections with

23   moving forward with Early Termination."

24          Based on the foregoing, the defense submits that early termination of supervised release

25   is warranted based on the conduct of Mr. Galloway and is in the interests of justice.

26   / / /

27   / / /

28   / / /

Galloway - Unopposed Motion for Early
Termination of Supervised Release

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 26, 2022

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MICHAEL GALLOWAY

**O R D E R**

IT IS SO ORDERED. Pursuant to 18 U.S.C. § 3583(e)(1), the Court hereby terminates

Defendant Michael Galloway's term of supervised release.

IT IS SO ORDERED.

Dated:    October 28, 2022

UNITED STATES DISTRICT JUDGE

Galloway - Unopposed Motion for Early
Termination of Supervised Release

3